| UNITED STATES BANKRUPTCY COURT<br>Southern District of Texas | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>University General Health System, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>71-0822436 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>7501 Fannin Street<br>Houston, TX<br>ZIP CODE 77054 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Harris | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [x] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] Over 100,000

Estimated Assets
- [ ] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [x] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

Estimated Liabilities
- [ ] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [x] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** University General Health System, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☑ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X _____ Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)            Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): University General Health System, Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/Joshua W. Wolfshohl<br>Signature of Attorney for Debtor(s)<br>Joshua Wolfshohl<br>Printed Name of Attorney for Debtor(s)<br>Porter Hedges LLP<br>Firm Name<br>1000 Main Street, 36th Floor<br>Houston, TX 77002<br>Address<br>(713) 226-6695<br>Telephone Number<br>02/27/2015<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X [signature]<br>Signature of Authorized Individual<br>Edward T. Laborde, Jr.<br>Printed Name of Authorized Individual<br>Director, General Counsel, and Secretary<br>Title of Authorized Individual<br>02/27/2015<br>Date | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## SCHEDULE 1
SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Substantially contemporaneously with the filing of these petitions, these entities filed a motion requesting that their respective chapter 11 cases be jointly administered for procedural purposes only.

| DEBTOR | TAX ID NO. |
|---|---|
| UGHS Autimis Billing, Inc. | 45-2673352 |
| UGHS Autimis Coding, Inc. | 45-2673425 |
| UGHS ER Services, Inc. | 45-4346646 |
| UGHS Hospitals, Inc. | 45-2043583 |
| UGHS Management Services, Inc. | 45-2454100 |
| UGHS Support Services, Inc. | 45-2673511 |
| University General Health System, Inc. | 71-0822436 |
| University General Hospital, LP | 20-3317964 |
| University Hospital Systems LLP | 20-3173778 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------x
:
In re:                              :   Case No. BK-N-15-
                                    :
UNIVERSITY GENERAL HEALTH           :   Chapter 11
SYSTEM, INC.                        :
                                    :   Tax I.D. No. 71-0822436
          Debtor                    :
                                    :
                                    :
                                    :
                                    :
------------------------------------x

**EXHIBIT "A" TO VOLUNTARY PETITION**

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is, with respect to the debtor's Common Stock.

2.  The following financial data is the latest available information available and refers to the debtor's condition on February 26, 2015, except as noted, as consolidated among the debtor and its subsidiaries, including both U.S. entities that are voluntary petitioners hereunder, and non-U.S. entities that are not petitioners hereunder. Please note that this financial data is approximate and derived from unaudited sources. No certification as to its accuracy can be made.

    a.  Total assets                                          $8,628,006

    b.  Total debts (including debts listed in 2.c, below)    $10,209,750

    c.  Debt securities held by more than 500 holders:[1]

| **Debt Security** | **Secured, Unsecured or Subordinated** | **Outstanding Principal Amount** | **Approximate Number of Holders, CUSIP and ISIN** |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

    d.  Number of shares of preferred stock:

---

[1] The debtor is unable to determine the precise number of holders of its debt securities. However, it elects to identify all outstanding debt securities in response to this inquiry.

1

| **Authorized** | **Issued** | **Outstanding** | **Number of Holders** |
|---|---|---|---|
| 20,000 | 11,848 | 7,276 | 6 |

e. Number of shares of common stock issued and outstanding as of February 24, 2015:

| **Authorized** | **Issued** | **Outstanding** | **Approximate Number of Holders and CUSIP** |
|---|---|---|---|
| 480,000,000 | 405,029,678 | 405,029,678 | 304 |
|  |  |  | CUSIP: 14270-103 |

Comments, if any:

There are an additional 43,412,285 shares authorized that are reserved for conversion.

3. Brief description of the debtor's business:

University General Health System, Inc. and its consolidated debtor and non-debtor subsidiaries are a diversified multi-specialty healthcare provider that delivers physician and patient-oriented services. Together, UGHS and its consolidated subsidiaries operate, amongst others, general acute care hospitals, ambulatory surgical centers, hyperbaric wound care centers, diagnostic imaging centers, and physical therapy centers. (See also Declaration of Edward T. Laborde in Support of Chapter 11 Petitions and First Day Pleadings).

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:

| **Name of Beneficial Owner** | **Amount and Nature of Beneficial Ownership** | **Percentage of Common Stock** | **Date of Filing** |
|---|---|---|---|
| Hassan Chahadeh | 45,796,732 | 17.5% | March 28, 2011 |
| Felix Spiegel, M.D. | 33,977,676 | 13.4% | March 28, 2011 |
| Kelly Riedel | 12,855,108 | 5% | March 28, 2011 |

This table is based solely upon filings on Schedule 13D under the Securities Exchange Act of 1934. The latest such filing reflected herein was on March 28, 2011. As of the Petition Date, Hassan Chahadeh had 45,796,732 shares of beneficial ownership, for 11.3% of Common Stock and Felix Spiegel, M.D., had 33,470,176 shares of beneficial ownership, for 8.3% of Common Stock. Kelly Riedel no longer owns, controls, or holds, with power to vote 5% or more of voting securities.

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------- x
: 
In re: : Case No. BK-N-15-
:
UNIVERSITY GENERAL HEALTH : Chapter 11
SYSTEM, INC. :
: Tax I.D. No. 71-0822436
            Debtor :
:
:
:
:
------------------------------- x

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THIRTY LARGEST UNSECURED CLAIMS

Set forth below is a list of creditors holding the thirty largest unsecured claims against University General Health System, Inc. and certain of its affiliates (collectively, the "Debtors"), as of approximately February 26, 2015. This list has been prepared on a consolidated basis, based upon the books and records of the Debtors. The information presented in the list shall not constitute an admission by, nor is it binding on, the Debtors.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among holders of the largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC. 51 VALLEY STREAM PKWY. MALVERN, PA 19355 | SIEMENS MEDICAL SOLUTIONS USA, INC. ATTN: LEGAL DEPT. 51 VALLEY STREAM PKWY. MALVERN, PA 19355 PHONE: 800-466-7873 FAX: 610-448-2554 | LITIGATION JUDGMENT | DISPUTED | $5,031,607.68 |
| NORTHWEST ANESTHESIA & PAIN 17207 KUYKENDAHL RD., SUITE 200 SPRING, TX 77379-8423 | NORTHWEST ANESTHESIA & PAIN ATTN: LEGAL DEPT. 17207 KUYKENDAHL RD., SUITE 200 SPRING, TX 77379-8423 PHONE: 281-880-9180 | TRADE | | $3,750,000.00 |
| VITAL NEWEIGH CONTROL, INC. 4009 RICHMOND AVE HOUSTON, TX 77027 | VITAL NEWEIGH CONTROL, INC. ATTN: LEGAL DEPT. 4009 RICHMOND AVE HOUSTON, TX 77027 PHONE: 713-795-0200 FAX: 713-795-0300 | TRADE | | $3,455,000.00 |
| DR. FELIX SPIEGEL 5217 PINES ST. BELLAIRE, TX 77401 | DR. FELIX SPIEGEL 5217 PINES ST. BELLAIRE, TX 77401 | LOAN | | $2,249,929.00 |
| ACCORD HEALTHCARE 1009 SLATER RD., SUITE 210-B DURHAM, NC 27703 | ACCORD HEALTHCARE ATTN: LEGAL DEPT. 1009 SLATER RD., SUITE 210-B DURHAM, NC 27703 PHONE: 919-941-7879 FAX: 919-941-7881 | LITIGATION JUDGMENT | | $2,222,941.83 |
| AFCO PREMIUM CREDIT LLC 12160 ABRAMS RD., SUITE 301-L.B.51 DALLAS, TX 75243 | AFCO PREMIUM CREDIT LLC ATTN: LEGAL DEPT. 12160 ABRAMS RD., SUITE 301-L.B.51 DALLAS, TX 75243 PHONE: 972-669-8870 | INSURANCE PREMIUM FINANCING | | $1,565,278.97 |
| EMERGENCY MEDICAL GROUP LLC D/B/A ELITECARE EMERGENCY CENTER C/O JOHNSON TRENT WEST & TAYLOR, LLP 919 MILAM ST., SUITE 1700 HOUSTON, TX 77054 | EMERGENCY MEDICAL GROUP LLC D/B/A ELITECARE EMERGENCY CENTER C/O JOHNSON TRENT WEST & TAYLOR, LLP ATTN: LORI HOOD/TAMARA MADDEN 919 MILAM ST., SUITE 1700 HOUSTON, TX 77054 PHONE: 713-222—2323 FAX: 713-222-2226 LHOOD@JOHNSONTRENT.COM TMADDEN@JOHNSONTRENT.COM | LITIGATION | DISPUTED | $1,552,680.80 |
| HMS DIRECT 6550 CAROTHERS PARKWAY, SUITE 100 FRANKLIN, TN 37067 | HMS DIRECT ATTN: LEGAL DEPT. 6550 CAROTHERS PARKWAY, SUITE 100 FRANKLIN, TN 37067 | TRADE | | $1,123,044.13 |
| HUMANA HEALTH PLAN OF TEXAS P.O. BOX 560 CAROL STREAM, IL 60132 | HUMANA HEALTH PLAN OF TEXAS ATTN: LEGAL DEPT. P.O. BOX 560 CAROL STREAM, IL 60132 FAX: 713-783-9320 | HEALTH INSURANCE | | $931,195.54 |
| HOUSTON MEDICAL DIAGNOSTICS, LTD. 2607 FAIRWAY DR SUGARLAND, TX 77478 | HOUSTON MEDICAL DIAGNOSTICS, LTD. ATTN: DR. MOIEN R. BUTT 2607 FAIRWAY DR SUGARLAND, TX 77478 PHONE: 713-797-6666 | LOAN | | $770,378.33 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| CAMBRIDGE PROPERTIES 7505 FANNIN ST., SUITE 304 HOUSTON, TX 77054 | CAMBRIDGE PROPERTIES ATTN: TREY MILLER 7505 FANNIN ST., SUITE 304 HOUSTON, TX 77054 PHONE: 713-790-1155 FAX: 713-790-0618 TMILLER@CAMPROPERTIES.NET | RENT | | $768,627.90 |
| ADVANCED FUNCTIONAL ASSESSMENTS, INC. 5150 CRENSHAW RD BUILDING D100 PASADENA, TX 77505 | ADVANCED FUNCTIONAL ASSESSMENTS, INC. ATTN: LEGAL DEPT. 5150 CRENSHAW RD BUILDING D100 PASADENA, TX 77505 PHONE: 713-943-1100 | LOAN | | $633,645.72 |
| REDI-STAFF LLC 5858 WESTHEIMER, SUITE 400 HOUSTON, TX 77057 | REDI-STAFF LLC ATTN: LEGAL DEPT. 5858 WESTHEIMER, SUITE 400 HOUSTON, TX 77057 FAX: 713-334-2528 | COMPROMISE & SETTLEMENT AGREEMENT | | $621,902.59 |
| ST. JUDE MEDICAL S.C. INC 22400 NETWORK PLACE CHICAGO, IL 60673-1224 | ST. JUDE MEDICAL S.C. INC ATTN: LEGAL DEPT. 22400 NETWORK PLACE CHICAGO, IL 60673-1224 PHONE: 888-864-7444 FAX: 800-374-2505 | TRADE | | $513,666.07 |
| DR. KENNETH REED REED MIGRAINE CENTERS OF TEXAS, PLLC 11970 N. CENTRAL EXPRESSWAY, SUITE 510 DALLAS, TX 75243 | DR. KENNETH REED REED MIGRAINE CENTERS OF TEXAS, PLLC 11970 N. CENTRAL EXPRESSWAY, SUITE 510 DALLAS, TX 75243 PHONE: 866-989-9707 | SETTLEMENT AGREEMENT | | $500,000.00 |
| REILLY MEDICAL SYSTEMS LLC 2305 LAKEWAY DR FRIENDSWOOD, TX 77546 | REILLY MEDICAL SYSTEMS LLC ATTN: LEGAL DEPT. 2305 LAKEWAY DR FRIENDSWOOD, TX 77546 PHONE: 713-865-1691 | TRADE | | $466,850.00 |
| BAYLOR PATHOLOGY CONSULTANTS 1 BAYLOR PLAZA, SUITE 286A HOUSTON, TX 77030 | BAYLOR PATHOLOGY CONSULTANTS ATTN: LEGAL DEPT. 1 BAYLOR PLAZA, SUITE 286A HOUSTON, TX 77030 PHONE: 800-262-8848 FAX: 713-473-6778 | TRADE | | $459,223.23 |
| RUSTY HARDIN & ASSOCIATES, LLP 1401 MCKINNEY STREET HOUSTON, TX 77010 | RUSTY HARDIN & ASSOCIATES, LLP ATTN: LEGAL DEPT. 1401 MCKINNEY STREET HOUSTON, TX 77010 FAX: 713-652-9800 | TRADE | | $428,179.31 |
| ADMIRAL LINEN & UNIFORM SERVICE 2030 KIPLING HOUSTON, TX 77098 | ADMIRAL LINEN & UNIFORM SERVICE ATTN: LEGAL DEPT. 2030 KIPLING HOUSTON, TX 77098 FAX: 713-759-1318 | TRADE | | $412,485.97 |
| W. L. GORE & ASSOCIATES 555 PAPER MILL ROAD NEWARK, DE 19711 | W. L. GORE & ASSOCIATES ATTN: LEGAL DEPT. 555 PAPER MILL ROAD NEWARK, DE 19711 PHONE: 800-528-8763 | TRADE | | $395,152.97 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| C. FOSTER & ASSOCIATES<br>5150 CRENSHAW RD, SUITE D100<br>PASADENA, TX 77505 | C. FOSTER & ASSOCIATES<br>ATTN: LEGAL DEPT.<br>5150 CRENSHAW RD, SUITE D100<br>PASADENA, TX 77505<br>PHONE: 713-943-1100<br>FAX: 713-943-1178 | MANAGEMENT FEES | | $358,419.00 |
| OMNI SURGICAL SPINE<br>5000 PLAZA ON THE LAKE, SUITE 305<br>AUSTIN, TX 78746 | OMNI SURGICAL SPINE<br>ATTN: LEGAL DEPT.<br>5000 PLAZA ON THE LAKE, SUITE 305<br>AUSTIN, TX 78746<br>FAX: 800-640-6045 | TRADE | | $346,312.27 |
| NEC KINGWOOD EMERGENCY CENTER, LP<br>C/O GIBSON GRUENERT, PLLC<br>11200 BROADWAY ST.<br>OFFICE WEST – SUITE 2344<br>PEARLAND, TX 77584 | NEC KINGWOOD EMERGENCY CENTER, LP<br>C/O GIBSON GRUENERT, PLLC<br>ATTN: THOMAS GRUENERT<br>11200 BROADWAY ST.<br>OFFICE WEST – SUITE 2344<br>PEARLAND, TX 77584<br>PHONE: 281-997-2740<br>FAX: 281-997-2741 | PAYABLES | CONTINGENT UNLIQUIDATED DISPUTED | $346,255.29 |
| COUSINS GREENWAY NINE, LLC<br>P.O. BOX 204516<br>DALLAS, TX 75230-4516 | COUSINS GREENWAY NINE, LLC<br>ATTN: LEGAL DEPT.<br>PO BOX 204516<br>DALLAS, TX 75230-4516 | LEASE | | $333,566.04 |
| LISKOW & LEWIS, APLC<br>701 POYDRAS ST., SUITE 5000<br>NEW ORLEANS, LA 70139 | LISKOW & LEWIS, APLC<br>ATTN: LEGAL DEPT.<br>701 POYDRAS ST., SUITE 5000<br>NEW ORLEANS, LA 70139<br>FAX: 504-556-4120<br>FIRM@LISKOW.COM | TRADE | | $322,950.69 |
| FIRSTCITY SERVICING CORPORATION<br>PO BOX 8216<br>WACO, TX 76714-8216 | FIRSTCITY SERVICING CORPORATION<br>ATTN: LEGAL DEPT<br>PO BOX 8216<br>WACO, TX 76714-8216 | LOAN | | $299,291.00 |
| WINSTEAD PC<br>500 WINSTEAD BLDG.<br>2728 N. HARWOOD ST.<br>DALLAS, TX 75201 | WINSTEAD PC<br>ATTN: LEGAL DEPT.<br>500 WINSTEAD BLDG.<br>2728 N. HARWOOD ST.<br>DALLAS, TX 75201<br>PHONE: 214-745-5400<br>FAX: 214-745-5390<br>KSULLIVAN@WINSTEAD.COM | TRADE | | $282,733.17 |
| RELIANT ENERGY<br>1201 FANNIN ST.<br>HOUSTON, TX 77002 | RELIANT ENERGY<br>ATTN: LEGAL DEPT.<br>1201 FANNIN ST.<br>HOUSTON, TX 77002<br>PHONE: 888-275-6859 | TRADE | | $257,597.04 |
| PHILIPS HEALTHCARE<br>P.O. BOX 100355<br>ATLANTA, GA 30384 | PHILIPS HEALTHCARE<br>ATTN: LEGAL DEPT.<br>P.O. BOX 100355<br>ATLANTA, GA 30384 | TRADE | | $231,960.53 |
| JOYCE, MCFARLAND + MCFARLAND<br>712 MAIN ST., SUITE 1500<br>HOUSTON, TX 77002 | JOYCE, MCFARLAND + MCFARLAND<br>ATTN: LEGAL DEPT.<br>712 MAIN ST., SUITE 1500<br>HOUSTON, TX 77002<br>PHONE: 713-222-1112<br>FAX: 713-513-5577 | TRADE | | $230,272.57 |

## DECLARATION

I, Edward T. Laborde, an authorized signatory for the Debtors in this case, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding Thirty Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information and belief.

Dated: Houston, Texas
       February 27, 2015

By:    /s/ Edward T. Laborde
Name: Edward T. Laborde

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No. BK-N-15- |
| UNIVERSITY GENERAL HEALTH SYSTEM, INC. | Chapter 11 |
| | Tax I.D. No. 71-0822436 |
| Debtors. | |

## CORPORATE OWNERSHIP STATEMENT OF UNIVERSITY GENERAL HEALTH SYSTEM, INC.

The attached organizational chart identifies all entities in which the above-captioned debtor and debtor in possession (the "Debtor") owns an interest.

In addition, pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the Debtor certifies that no entity directly or indirectly owns 10% or more of the Debtor's equity interests.

## DECLARATION

I, Edward T. Laborde, an authorized signatory for the Debtor in this case, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: Houston, Texas
February 27, 2015

By:  */s/* Edward T. Laborde, Jr.
Name: Edward T. Laborde, Jr.

