IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **UNIVERSITY GENERAL HEALTH** | § | Chapter 11 |
| **SYSTEM, INC., <u>et al.</u>,** | § | |
| | § | Case No. 15-31086 |
| Debtors.[1] | § | |
| | § | Joint Administration Pending |

**NOTICE OF HEARING**
(Docket No. 4 and 8)

**To All Creditors and Parties-in-Interest:**

Please take notice that a hearing on the Debtors' Debtors' Emergency Motion for Order (A) Directing Joint Administration of Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(B) and S.D. Tex. Bankr. L.R. 1015-1 and (B) Waiving Requirements of 11 U.S.C. § 342(C)(1) and Fed. R. Bankr. P. 1005 and 2002(N) [Docket No. 4] and Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing (A) the Continued Use of Existing Cash Management System, Bank Accounts, Business Forms, and Deposit and Investment Practices; (B) Payment of Related Prepetition Obligations and (C) A Waiver of Certain Operating Guidelines Relating to Bank Accounts,; and (II) Authorizing Continued Engagement in Intercompany Transactions Pursuant to 11 U.S.C. §§ 105(a), 345, and 363, Fed. R. Bankr. P. 6003 and 6004 [Docket No. 8] has been set for **March 2, 2015 at 2:00 p.m.** (Houston time) before the Honorable Letitia Z. Paul, United States Bankruptcy Judge, 515 Rusk Avenue, 4th Floor, Courtroom 401, Houston, Texas 77002.

**Dated:  March 2, 2015**

---

[1] The Debtors, their respective case numbers, and the last four digits of their respective taxpayer identification numbers are as follows: University General Health System, Inc. (2436), UGHS Autimis Billing, Inc. (3352), UGHS Autimis Coding, Inc. (3425), UGHS ER Services, Inc. (6646), UGHS Hospitals, Inc. (3583), UGHS Management Services, Inc. (4100)**,** UGHS Support Services, Inc. (3511)**,** University General Hospital, LP (7964)**,** and University Hospital Systems, LLP (3778).

4822598v1

Respectfully submitted,

**Porter Hedges LLP**

By: <u>/s/ Joshua W. Wolfshohl</u>
John Higgins
State Bar No. 09597500
Joshua W. Wolfshohl
State Bar No. 24038592
Aaron J. Power
State Bar No. 24058058
1000 Main Street, 36th Floor
Houston, TX  77002
(713) 226-6000
(713) 226-6248 (fax)
jhiggins@porterhedges.com
jwolfshohl@porterhedges.com
apower@porterhedges.com

Proposed Counsel for the Debtors and Debtors in Possession