UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| UNIVERSITY GENERAL HEALTH., | § | Case No. 15-31086-H3-11 |
| SYSTEM INC et. al. | § | |
| | § | JOINTLY ADMINISTERED |
| DEBTORS[1] | § | |

NOTICE OF APPOINTMENT OF
OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS

TO: HONORABLE LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE

COMES NOW the United States Trustee, ("UST"), who through the undersigned attorney, who pursuant to Sections 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named Debtors to the official joint committee of unsecured creditors in the above-captioned cases:

1. **Hillair Capital Management L.P.**, Attn: Sean M. McAvoy, Managing Member of Hillair Capital Management LLC, Lorton Avenue, Suite 303, Burlingame, CA 94010, 415.306.6945, seanm@hillaircapital.com

2. **Siemens Medical Solutions USA, Inc.,** Attn: Gregory Hauck, 51 Valley Stream Pkwy., Malvern, PA 19355, 610.219.8598, (fax) 610.219.8333, gregory.hauck@siemens.com

3. **Vital Weight Control, Inc.,** d/b/a Neweigh, Attn: Diane Crumley, President, 5423 Holly Springs Dr., Houston, TX 77056-2021, 713.201.2347, (fax) 713.772.8248, dlcrumley10@gmail.com.

4. **683 Capital Partners, LP**, Attn: Joseph Patt, Partner/Head Trader, 3 Columbus Circle, Suite 2205, New York, NY 10019, 212.554.2380, jpatt@683capital.com

5. **Management Affiliates of Northeast Houston, LLC**, Attn: Robert Stephen Grayson, D.O., 22751 Professional Drive, Kingwood, TX 77339. 281.319-8310. (fax) 281.476.6612, stephen.grayson@gmail.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: University General Health system, Inc. (7964), UGHS Autimis Billing, Inc. (3352), UGHS Autimis Coding, Inc. (3425), UGHS ER services, Inc. (6646), UGHS Hospitals, Inc. (3583), UGHS Management Services, Inc. (4100), UGHS Support Services, Inc. (3511), University General Hospital, LP (7964), and University Hospital Systems, LLP (3778)

6. **Emergency Medical Group LLC** d/b/as Elitecare Emergency Center, Attn: Jeff Addicks, General Counsel, 211 Highland Cross, Suite 275, Houston, TX 77073, 281.784.1500, (fax) 281.784.1522, jeff.addicks@enfinahealth.com

7. **NEC Kingwood Emergency Center, LP** d/b/a Kingwood Emergency Center, Attn: John Decker, CFO, 1120 Broadway, Suite 2320 Pearland, TX 77584, 713.436.5200, (fax) 713.436.9669, jdecker@nec24.com

8. **Jacinto Medical Group, PA**, Attn: Siraj Jiwani, CEO, 2800 Garth Road, Baytown, TX 77521, 832.724.7466 ©, 281.425.3840 (o), (fax) 281.425.3898, sjiwani@jacintomedicalgroup.com

9. **RockHill Global LLC**, Attn: Pavel Oliva, 245 E. 58th Street, Suite 19A, New York NY 10022, 212.792.0200, pavel.oliva@rhgllc.com

Dated, this 11th day of March, 2015.

        JUDY A. ROBBINS
        UNITED STATES TRUSTEE

        By: */s/ Nancy L. Holley*
            Nancy L. Holley
            Trial Attorney for the United States Trustee
            Texas State Bar #09875550
            Federal Bar #1440
            515 Rusk, Ste. 3516
            Houston, Texas 77002
            (713) 718-4650: Telephone
            (713) 718-4670: Facsimile
            Nancy.Holley@usdoj.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Official Joint Committee of Unsecured Creditors</u>, has been served upon the committee members, their counsel, and Debtors' counsel by e-mail transmission and all of the parties listed below were served by ECF transmission OR by United States Mail, first class, postage paid, at the addresses listed below on this the 11th day of March, 2015.   This appointment has also been forwarded to noticing agent UpShot Services LLC for service upon the list of 40 largest unsecured creditors, parties requesting notice, and required parties.

                  <u>/s/ Nancy L. Holley</u>
                  Nancy L. Holley, Trial Attorney

**Debtor:**

University General Health System, Inc.
7501 Fannin Street
Houston, TX   77054

**Debtor's Counsel:**

John Higgins
Joshua Wolfshohl
Porter Hedges LLP
1100 Main Street, 36th Fl.
Houston, TX   77002

**Creditors' Committee Members:**

Hillair Capital Management L.P.
Attn: Sean M. McAvoy
Lorton Avenue, Suite 303
Burlingame, CA   94010
415.306.6945
seanm@hillaircapital.com

Siemens Medical Solutions USA, Inc.
Attn:  Gregory Hauck
51 Valley Stream Pkwy.
Malvern, PA   19355
610.219.8598, (fax) 610.219.8333
gregory.hauck@siemens.com

Vital Weight Control, Inc., d/b/a Neweigh
Attn:  Diane Crumley
5423 Holly Springs Dr.
Houston, TX   77056-2021
713.201.2347
dlcrumley10@gmail.com.

683 Capital Partners, LP
Attn:  Joseph Patt
3 Columbus Circle, Suite 2205
New York, NY 10019
212.554.2380
jpatt@683capital.com

Management Affiliates of Northeast Houston, LLC
Attn:  Robert Stephen Grayson, D.O.
22751 Professional Drive
Kingwood, TX   77339
Stephen.grayson@gmail.com

Emergency Medical Group LLC
    d/b/a Elitecare Emergency Center
Attn:  Jeff Addicks
 211 Highland Cross, Suite 275
Houston, TX   77073
281.784.1500
jeff.addicks@enfinahealth.com

NEC Kingwood Emergency Center, LP
    d/b/a Kingwood Emergency Center
Attn:  John Decker
1120 Broadway, Suite 2320
Pearland, TX   77584
713.436.5200
jdecker@nec24.com

Jacinto Medical Group, PA
Attn:  Siraj Jiwani
2800 Garth Road
Baytown, TX   77521
281.425.3840
sjiwani@jacintomedicalgroup.com

RockHill Global LLC
Attn: Pavel Oliva
245 E. 58th Street, Suite 19A
New York NY  10022
212.792.0200
pavel.oliva@rhgllc.com

**Creditors' Committee Members Individual Counsel:**

Adam H. Friedman
Olshan Frome Woldsey LLP
65 East 55th Street
New York, NY
212.451.2216
afriedman@olshanlaw.com

Claudia Z. Springer
Reed Smith LLP
1717 Arch Street
Philadelphia, PA  19103
215-241-7946
CSpringer@ReedSmith.com

Mitchell Raab
Olshan Frome Wolosky LLP
65 E. 55th Street
New York, NY 10022
212.451.2237
MRaab@olshanlaw.com

Brian A. Kilmer
Kilmer Crosby & Walker PLLC
5100 Westheimer, 2nd Floor
Houston, TX  77056
713.588.4344, 214.731.3111
bkilmer@kcw-lawfirm.com

Thomas G. Gruenert
Gruenert Law Group
1120 Broadway, Suite 2344
Pearland, TX  77584
281.997.2740
tgruenert@gruenertlawgroup.com

Craig E. Power
Misty Segura
Allison G. Sprague
COKINOS, BOSIEN & YOUNG
Four Houston Center
1221 Lamar Street, 16th Floor
Houston, TX   77010
713.535.5500
cpower@cbylaw.com
asprague@cbylaw.com
msegura@cbylaw.com