# **PLAN EXHIBIT 2**

**Plan Exhibit 2**

**RETAINED CLAIMS AND CAUSES OF ACTION**

Any and all Claims and Causes of Action against:

1. Any officer, director, employee, consultant of the Debtors
2. Any insider of the Debtors
3. Any pre-petition professional for malpractice
4. The defendants in *University General Health System, Inc., et al. vs. SysInformation Healthcare Services, LLC*, Adversary Proceeding No. 15-3237 in the United States Bankruptcy Court for the Southern District of Texas.
5. The plaintiffs in the class action of former Dufek employees brought against the Debtors in the adversary proceeding pending in the United States Bankruptcy Court for the Southern District of Texas.
6. Michael Griffin
7. Donna Griffin
8. Brandon Griffin
9. Ryan Griffin
10. Jordan Griffin
11. Samantha Griffin
12. Globonics
13. Randy Butler
14. Management Affiliates of Northeast Houston, LLC
15. Ken Efird
16. Nobilis Healthcare
17. Crowe Horwath
18. PlainsCapital Bank
19. Emergency Medical Group, LLC d/b/a EliteCare EME
20. Kingwood Emergency Center d/b/a Neighbors Emergency Center
21. Siemens Medical Solutions
22. Reed Migraine Centers of Texas, PLLC
23. Dr. Kenneth Reed
24. Jacinto Surgery Management, LLC, Garth/201 Holdings, LP, Jacinto Medical Center, LP, and Jacinto Medical Group, PA and their Affiliates
25. UGHS Dallas Hospitals, Inc.
26. Dufek Massif Hospital Corporation

5188946v1