

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
12/07/2015

| | | |
|---|---|---|
| IN RE : | § | |
| | § | **Chapter 11** |
| UNIVERSITY GENERAL HEALTH | § | |
| SYSTEM, INC., <u>et al.</u>, | § | **Case No. 15-31086** |
| | § | |
| Debtors.[1] | § | **Jointly Administered** |

**ORDER (1) ~~CONDITIONALLY~~ APPROVING DISCLOSURE STATEMENT IN
SUPPORT OF CHAPTER 11 PLAN OF LIQUIDATION; (2) SCHEDULING PLAN
CONFIRMATION HEARING; (3) ESTABLISHING VOTING DEADLINE AND
PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN OF
LIQUIDATION; (4) APPROVING FORM OF BALLOT; AND (5) ESTABLISHING
<u>SOLICITATION AND TABULATION PROCEDURES</u>**
(Relates to Doc. No. 737)

The Court, having considered the Debtors' Emergency Motion for Order (1) Conditionally Approving Disclosure Statement in Support of Chapter 11 Plan of Liquidation; (2) Scheduling Plan Confirmation Hearing; (3) Establishing Voting Deadline and Procedures for Filing Objections to Confirmation of Plan of Liquidation; (4) Approving Form of Ballot; and (5) Establishing Solicitation and Tabulation Procedures (the "<u>Motion</u>"), and the responses thereto, if any, finds that the Disclosure Statement contains adequate information within the meaning of 11 U.S.C. § 1125 and should be conditionally approved. Accordingly, it is **ORDERED** that

1.      The Disclosure Statement (Doc. No. 737) is ~~conditionally~~ approved subject to the right of parties in interest to object as described below:

**<u>Confirmation Hearing</u>**

2.      The Court will conduct a hearing on confirmation of the Plan, including timely filed objections to confirmation and objections to the Disclosure Statement on **January 11, 2016, at 1:00 p.m.**, Courtroom 401, United States Bankruptcy Court, 515 Rusk, Houston, Texas.

**<u>Deadline to Object to Plan Confirmation and Disclosure Statement</u>**

3.      Any written objections to the Disclosure Statement or confirmation of the Plan shall be filed with the Court no later than **January 7, 2016.** ~~If no objections are timely filed, the conditional approval of the Disclosure Statement shall automatically become final without~~

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: University General Health System, Inc. (7964), UGHS Autimis Billing, Inc. (3352), UGHS Autimis Coding, Inc. (3425), UGHS ER Services, Inc. (6646), UGHS Hospitals, Inc. (3583), UGHS Management Services, Inc. (4100), UGHS Support Services, Inc. (3511), University General Hospital, LP (7964), and University Hospital Systems, LLP (3778).

further~~order of this Court~~. Any objections or requests to modify the Disclosure Statement shall be considered at the Confirmation Hearing.

### Date for Acceptance or Rejection of the Plan

4.      Parties entitled to vote on the Plan shall return their written ballots accepting or rejecting the Plan to UGHS Ballot Processing, c/o UpShot Services LLC, 8269 E 23rd Ave, Suite 275, Denver, CO 80238, such that they are actually received by no later than **January 7, 2016**.

5.      The record date for determining the holders of Claim that may vote on the Plan is **December 7, 2015**.

### Service of Solicitation Package and Voting Procedures

6.      The solicitation procedures set forth in the Motion are approved.

7.      The form of ballots attached to this Order is approved.

8.      The vote tabulation procedures set forth in the Motion are approved.

9.      The Debtors shall serve the Solicitation Package (as defined in the Motion) on holders of impaired classes no later than **December 10, 2015**.  The Debtors may serve the Solicitation Package, other than the ballots, on CD-rom.

Dated: December ___, 2015.

Honorable Letitia Z. Paul
United States Bankruptcy Judge

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 11** |
| UNIVERSITY GENERAL HEALTH | § | |
| SYSTEM, INC., <u>et al.</u>, | § | **Case No. 15-31086 (LZP)** |
| | § | |
| Debtors.[1] | § | **Jointly Administered** |

## BALLOT TO ACCEPT OR REJECT THE
## JOINT CHAPTER 11 PLAN OF LIQUIDATION

### CLASS [NUMBER]: [DESCRIPTION]

> **THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS [#] [DECRIPTION] CLAIMS.  PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE. THE VOTING AGENT MUST RECEIVE THIS BALLOT BY 5:00 P.M., CENTRAL TIME, ON JANUARY 7, 2016 (THE "VOTING DEADLINE") OR IT WILL NOT BE COUNTED.**
>
> **FACSIMILE AND E-MAIL BALLOTS WILL NOT BE ACCEPTED.**

This ballot (the "**Ballot**") is submitted to you to solicit your vote to accept or reject the *Joint Chapter 11 Plan of Liquidation* [Docket No. 732] filed by University General Health System, Inc., et al., debtors and debtors in possession (the "**Debtors**") (including all exhibits thereto and as amended, modified, or supplemented from time to time, the "**Plan**").[2] The Plan is described in the related *Disclosure Statement in Support of Chapter 11 Plan of Liquidation* [Docket No. 733] (the "**Disclosure Statement**") conditionally approved by order of the United States Bankruptcy Court for the Southern District of Texas, Houston Division.  Please review the Disclosure Statement and Plan carefully before you vote.

**IF YOU HAVE RECEIVED A DAMAGED BALLOT, IF YOU LOSE YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT AT (855) 812-6112 OR VIA EMAIL AT UGHSINFO@UPSHOTSERVICES.COM.**

---

[1] The Debtors, their respective case numbers, and the last four digits of their respective taxpayer identification numbers are as follows: University General Health System, Inc., Case No. 15-31086 (2436), UGHS Autimis Billing, Inc., Case No. 15-31088 (3352), UGHS Autimis Coding, Inc., Case No. 15-31091 (3425), UGHS ER Services, Inc., Case No. 15-31092 (6646), UGHS Hospitals, Inc.. Case No. 15-31093 (3583), UGHS Management Services, Inc., Case No. 15-31094 (4100), UGHS Support Services, Inc., Case No. 15-31095 (3511), University General Hospital, LP, Case No. 15-31097 (7964), and University Hospital Systems, LLP, Case No. 15-31098 (3778).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Plan.

5198572v1

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED.

**Item 1. Class Vote.** The undersigned, the holder of a Class [#] [Description], hereby votes, in the amount set forth below, as follows (check <u>one</u> box):

☐ Accept the Plan          ☐ Reject the Plan

Amount of Claim: $_____

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant.

_____          _____
Name of Creditor                                Signature


_____          _____
If by Authorized Agent, Name and Title              Street Address

                                         _____
                                              City, State, Zip Code


_____          _____
Date Completed                                   Telephone Number

5198572v1

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date, and return the Ballot by mail, overnight courier, or personal delivery to the Voting Agent at the following address:

Ballot Processing
c/o Upshot Services, LLC
8269 E. 23rd Ave, Ste. 275
Denver, CO  80238

**Ballots must be** *received* **by the Voting Agent by** **January 7, 2016 at 5:00 p.m. (Central Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Voting Agent is enclosed for your convenience. *Ballots submitted by facsimile or e-mail will not be accepted.*

2.      Please sign and date your ballot as required in Item 2. Your signature is required before the ballot may be counted.

3.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

5198572v1