**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 4:15-31086** |
| | § | |
| **UNIVERSITY GENERAL HEALTH** | § | **CHAPTER 11** |
| **SYSTEM, INC., et al.** | § | |
| | § | **JOINTLY ADMINISTERED** |
| **DEBTORS[1]** | § | |

---

**NOTICE OF HEARING ON MOTION FOR PAYMENT OF POST-PETITION**
**ADMINISTRATIVE EXPENSE OWED TO COMMUNITY PATHOLOGY P.L.L.C.**

Please Take Notice that a hearing on the Motion for Payment of Post-Petition Administrative Expense Owed to Community Pathology, P.L.L.C. by University General Hospital, LP will be held on **January 11, 2016 at 1:00 p.m.** (Houston Time, CST) before the Honorable Letitia Z. Paul, United States Bankruptcy Judge, 515 Rusk Avenue, 4th Floor, Courtroom 401, Houston, Texas 77002.

**DATED:** December 17, 2015

           Respectfully submitted,

           **FERNELIUS ALVAREZ SIMON PLLC**

           By /s/  *Kara Stauffer Philbin*

              Graig J. Alvarez
              Attorney-in-Charge
              State Bar No. 24001647
              Federal I.D. No. 22596
              1221 McKinney, Suite 3200
              Houston, Texas 77010-3095
              Email:  galvarez@fa-lawfirm.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: University General Health System, Inc. (2436), UGHS Autimis Billing, Inc. (3352), UGHS Autimis Coding, Inc. (3425), UGHS ER Services, Inc. (6646), UGHS Hospitals, Inc. (3583), UGHS Management Services, Inc. (4100), UGHS Support Services, Inc. (3511), University General Hospital, LP (7964), and University Hospital Systems, LLP (3778).

Kara Stauffer Philbin
State Bar No. 24056373
Federal I.D. No. 685342
Email:  kphilbin@fa-lawfirm.com
Telephone: 713-654-1200
Telecopier: 713-654-4039

ATTORNEYS FOR
Baylor College of Medicine,
Baylor Pathology Consultants, and
Community Pathology, P.L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that all attorneys of record who have consented to electronic service are being served this 17th day of December, 2015, with a true and correct copy of this document via the Court's CM/ECF system, and that this notice of hearing was otherwise served by ECF or first-class United State mail on the attached service list.

/s/  *Kara Stauffer Philbin*
Kara Stauffer Philbin

2

180255

| NAME | ADDRESS | ADDRESS | ADDRESS | CITY | STATE | ZIP | PHONE | EMAIL ADDRESS |
|---|---|---|---|---|---|---|---|---|
| 1997 HILL TRUST | | | | AUSTIN | TX | 78703 | | |
| ACCORD HEALTHCARE | ATTN: LEGAL DEPT. | 1009 SLATER RD., SUITE 210-B | | DURHAM | NC | 27703 | 919-941-7881 | |
| ADMIRAL LINEN & UNIFORM SERVICE | ATTN: LEGAL DEPT. | 2030 KIPLING | | HOUSTON | TX | 77098 | 713-759-1318 | |
| ADVANCED FUNCTIONAL ASSESSMENTS, INC. | ATTN: LEGAL DEPT. | 5150 CRENSHAW RD., BLDG. D100 | | PASADENA | TX | 77505 | | |
| ADVANCED FUNCTIONAL ASSESSMENTS, INC., D/B/A C. FOSTER & ASSOC., S.W. FOSTER ENTERPRISES, INC., F2O ENTERPRISES, INC. AND CLINT FOSTER | ATTN: LEGAL DEPT. | | | | | | | |
| ADVANCED MIGRAINE RELIEF AND TREATMENT CETNER, LLC | C/O LAW OFFICE OF PETER JOHNSON | ATTN: PETER JOHNSON | ELEVEN GREENWAY PLAZA, SUITE 2820 | HOUSTON | TX | 77046 | 713-961-0941 | pjohnson@cjilaw.com |
| AFCO PREMIUM CREDIT LLC | ATTN: CLARK, LOVE & HUTSON, G.P. | ATTN: WILLIAM T. JONES, JR. | 440 LOUISIANA ST., SUITE 1600 | HOUSTON | TX | 77002 | 713-759-1217 | bjones@trailawfirm.com |
| ALPHA CAPITAL ANSTALT AND OSHER CAPITAL ADVISERS LLC | ATTN: LEGAL DEPT. | 12160 ABRAMS ROAD, SUITE 301-LB 31 | | DALLAS | TX | 75243 | | |
| AMERICA EQUIFINANCE CORPORATION | ATTN: TOBY C. EASLEY | 13409 NORTHWEST FREEWAY, SUITE 950 | | HOUSTON | TX | 77040 | 713-586-2665 | toby@yoxam.net |
| ANESTHESIA CONSULTANTS OF NORTH TEXAS, P.A. | C/O BARNES & THORNBURG LLP | ATTN: LEGAL DEPT. | 2100 MCKINNEY AVE., SUITE 1250 | DALLAS | TX | 75201 | 214-258-4199 | thasking@btlaw.com |
| ARJOHUNTLEIGH GETINGE GROUP | ATTN: LEGAL DEPT. | NEPTUNIGATAN 1 | | MALMO | | SE-211 20 SWEDEN | 46 413 645 96 | |
| BAYLOR COLLEGE OF MEDICINE, BALOR PATHOLOGY CONSULTANTS AND COMMUNITY PATHOLOGY, PLLC | C/O FERNELIUS ALVAREZ PLLC | ATTN: GRAIG J. ALVAREZ AND KARA STAUFFER PHILBIN | 1 BAYLOR PLAZA, SUITE 286A | HOUSTON | TX | 77030 | 713-236-7102 | |
| BAYLOR PATHOLOGY CONSULTANTS | ATTN: SHANNON W. BANGLE | 400 WEST 15TH STREET, SUITE 1450 | | AUSTIN | TX | 78701 | 512-879-5040 | sbangle@bbsbfirm.com |
| BEATTY BANGLE STRAMA PC | ATTN: DANIEL R. SCHIMIZZI, ESQ. | | | PITTSBURGH | PA | 15219 | 412-456-8135 | |
| BECKMAN COULTER INC. | ATTN: JAY M. ROSENBERG | 5080 SPECTRUM DR., SUITE 850 E | | ADDISON | TX | 75001 | 972-713-6480 | jmr@crlaw.com |
| BLUE CROSS BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY | 5914 RIVERCHASE TRAIL | | | KINGWOOD | TX | 77345 | 832-415-0593 | |
| BRANDON LE INVESTMENTS AND | C/O MICHAEL J. DARLOW | 1235 NORTH LOOP WEST, SUITE 600 | | HOUSTON | TX | 77008 | 713-862-1429 | houbank@pdclom.com |
| BRAZORIA COUNTY DRAINAGE DISTRICT #4, SPECIAL ROAD BRIDGE DISTRICT AND CITY OF PEARLAND | C/O OWEN M. SONIK | 5150 CRENSHAW RD, SUITE D100 | | PASADENA | TX | 77505 | 713-943-1178 | |
| BRAZORIA COUNTY, BRAZORIA COUNTY DRAINAGE DISTRICT #4, SPECIAL ROAD BRIDGE DISTRICT AND CITY OF PEARLAND | C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC | ATTN: LEE GORDON | PO BOX 1269 | ROUND ROCK | TX | 78680 | 512-323-3205 | |
| C. FOSTER & ASSOCIATES | ATTN: LEGAL DEPT. | 600 TRAVIS ST., SUITE 4200 | | HOUSTON | TX | 77002 | 713-220-4285 | |
| CALHOUN COUNTY APPRAISAL DISTRICT | C/O ANDREWS KURTH LLP | ATTN: TIMOTHY A. DAVIDSON II & JOSEPH P. ROVIRA | 600 TRAVIS ST., SUITE 4200 | HOUSTON | TX | 77002 | 713-220-4200 | mhodges@andrewskurth.com |
| CAMBRIDGE INTERNATIONAL, LLC | ATTN: LEGAL DEPT. | | | | | | | |
| CAMBRIDGE PROPERTIES | C/O TIMOTHY A. (TAD?) DAVIDSON II & JOSEPH P. ROVIRA | 600 TRAVIS ST., SUITE 4200 | | HOUSTON | TX | 77002 | 713-238-7102 | taddavidson@andrewskurth.com |
| CAMBRIDGE PROPERTIES | ATTN: TREY MILLER | 1221 MCKINNEY ST, SUITE 3200 | | HOUSTON | TX | 77010 | 713-238-7102 | josephrovira@andrewskurth.com |
| CAMBRIDGE PROPERTIES | C/O FISHMAN JACKSON PLLC | 7505 FANNIN ST., SUITE 304 | | HOUSTON | TX | 77054 | 713-780-0618 | tmiller@campzproperties.net |
| CAYENNE MEDICAL, INC. | ATTN: MARK BAGGETT | 700 THREE GALLERIA TOWER | 13155 NOEL ROAD | DALLAS | TX | 75240 | 972-419-5501 | mspellin@fishmanjackson.com |
| CHICA WOMAN'S HOSPITAL LLC DBA THE WOMAN'S HOSPITAL OF TEXAS | C/O CONLEY ROSENBERG MENDEZ & BRENNEISE LLP | ATTN: JASON A. POWERS | | | | | | |
| CITY OF DALLAS | C/O SHANNON, MARTIN, FINKELSTEIN, ALVARADO, & DUNNE, PC | OFFICE OF THE CITY ATTORNEY | 1001 MCKINNEY STREET, SUITE 1100 | HOUSTON | TX | 77002 | 713-752-0337 | jdunne@smfadlaw.com |
| COLIJAU CARLUCCIO KEENER MORROW PETERSON & PARSONS | C/O JOHN C. DUNNE | ATTN: MARK BAGGETT | 1500 MARILLA 7CN | DALLAS | TX | 75201 | 214-670-0822 | mark.baggett@dallascityhall.com |
| COUSINS GREENWAY NINE, LLC | ATTN: PAMELA DUNLOP GATES & CLAUDIA K. FREY | PLAZA OF THE AMERICAS | 700 NORTH PEARL STREET, STE 450 | DALLAS | TX | 75201 | 214-220-5902 | pamela.dunlopgates@cgna.com |
| COUSINS GREENWAY NINE, LLC | C/O WRIGHT & CLOSE, LLP | ATTN: RANDAL C. OWENS | ONE RIVERWAY, SUITE 2200 | DALLAS | TX | 75256-4515 | 713-572-4320 | owens@wrightclose.com |
| CPM MEDICAL CONSULTANTS, LLC | PO BOX 204516 | 1565 N. CENTRAL EXPWY. #200 | | RICHARDSON | TX | 75080 | | |
| CREDIT VALUE PARTNERS, LP | C/O JOHN C. TISHLER & TYLER N. LAYNE | 511 UNION ST., SUITE 2700 | | NASHVILLE | TN | 37219 | 615-244-6804 | john.tishler@wallerlaw.com |
| CROWE HORWATH LLP | C/O GRUBER HURST ELROD JOHANSEN HAIL SHANK LLP | 1445 ROSS AVE., SUITE 2500 | | DALLAS | TX | 75202 | 214-855-6808 | ddodd@ghjhlaw.com |
| CYBERONICS, INC. | ATTN: LEGAL DEPT. | THE CYBERONICS BLDG. | 100 CYBERONICS BLVD. | HOUSTON | TX | 77058 | 281-218-9332 | wwalker@ghjhlaw.com |
| DELOITTE FINANCIAL ADVISORY SERVICES LLP | ATTN: ROHID AHMED & AMIT SINGH | JPMORGAN CHASE TOWER | 2200 ROSS AVE., SUITE 1600 | DALLAS | TX | 75201-6778 | 214-220-5902 | rohmed@deloitte.com |
| DR. FELIX SPIEGEL | REED MIGRAINE CENTERS OF TEXAS, PLLC | 5217 PINES ST. | | BELLAIRE | TX | | | |
| DR. KENNETH REED | 11970 N CENTRAL EXPRESSWAY, SUITE 510 | | | DALLAS | TX | 75243 | 866-936-0933 | amitsingh1@deloitte.com |
| EMERGENCY MEDICAL GROUP LLC D/B/A ELITECARE EMERGENCY CENTER | C/O BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: SUSAN C. MATHEWS | 1301 MCKINNEY STREET, SUITE 3700 | HOUSTON | TX | 77010 | 713-650-9701 | smathews@bakerdonelson.com |
| EMERGENCY MEDICAL GROUP LLC D/B/A ELITECARE EMERGENCY CENTER | C/O JOHNSON TRENT WEST & TAYLOR, LLP | ATTN: LORI HOOD & TAMARA MADDEN | 919 MILAM ST., SUITE 1700 | HOUSTON | TX | 77010 | 713-222-2226 | lhood@johnsontrent.com |
| FERNBANK TRUST | PO BOX 243 | | | BELLAIRE | TX | 77402 | | tmadden@johnsontrent.com |
| FIRSTCITY SERVICING CORPORATION | PO BOX 8216 | | | WACO | TX | 76714-8216 | | |
| G&E HC REIT II ENNIS MOB, LLC | ATTN: C MERCER | 111 CONGRESS AVE., SUITE 1400 | | AUSTIN | TX | 78701 | 512-225-7324 | kati.mercer@huschblackwell.com |
| GHNC, P.A. | C/O SIMON W. HENDERSHOT, III | 1800 BERING DR., SUITE 600 | | HOUSTON | TX | 77057 | 713-783-3809 | trey@fh-myc.com |
| GLASIR MEDICAL, LP | C/O PAUL T. CURL & BRITTANY M. WEIL | 700 N. ST. MARY'S ST., SUITE 1800 | | SAN ANTONIO | TX | 78208 | 210-250-6000 | ptcurl@csrg-law.com |
| GOOSE CREEK CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND LEE COLLEGE DISTRICT | C/O STEPHEN H. DONCARLOS & BRANDON E. BENOIT | PO BOX 809 | 3730 KIRBY DRIVE, SUITE 650 | BAYTOWN | TX | 77522-0809 | 713-651-1044 | bdoncarlos@cjs-lp.com |
| GRACO MECHANICAL, INC | ATTN: SCOTT T. CITEK | 440 LOUISIANA ST., SUITE 1600 | | HOUSTON | TX | 77002 | 713-759-1217 | scitek@clarklawfirm.com |
| GREG LEWIS | PO BOX 3084 | | | HOUSTON | TX | 77253-3084 | 713-844-3503 | bjones@trailawfirm.com |
| HARRIS COUNTY | C/O HESTON CIMENT, PLLC | ATTN: DANIEL J. CIMENT | 6550 CAROTHERS PARKWAY, SUITE 100 | FRANKLIN | TN | 37067 | 713-563-9296 | houston_bankruptcy@publicans.com |
| HARVEST RECOVERY PARTNERS, LLC | ATTN: DR. MOEN R.R. BUTT | PO BOX 560 | | FRANKLIN | TN | 37450 | | |
| HHS DIRECT | 2607 FAIRWAY DR | | | SUGARLAND | TX | 77478 | | |
| HOUSTON MEDICAL DIAGNOSTICS, LTD. | ATTN: LEGAL DEPT. | | | CAROL STREAM | IL | 60132-0560 | 713-783-9320 | |
| HUMANA HEALTH PLAN OF TEXAS | ATTN: GREGORY O. KADEN & TIMOTHY J. CARTER | | | BOSTON | MA | 02110-333 | 617-574-4112 | gkaden@goulstonstorrs.com |
| HUMANA HEALTH PLAN OF TEXAS, INC. | C/O GOULSTON & STORRS PC | PO BOX 21126 | | PHILADELPHIA | PA | 19114-0326 | | tcarter@goulstonstorrs.com |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES – INSOLVENCY | 215 TERRACE DR. | | PHILADELPHIA | PA | 19101-7346 | | |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | | |
| IRONSMITH HOLDINGS | C/O WEYCER, KAPLAN, PULASKI & ZUBER, PC | ATTN: JEFF CARRUTH | 11 GREENWAY PLAZA, SUITE 1400 | HOUSTON | TX | 77046 | 713-961-5341 | jcarruth@wkpz.com |
| IRONSMITH HOLDINGS, LTD. | C/O KILMER CROSBY & WALKER PLLC | ATTN: BRIAN A. KILMER | 5100 WESTHEIMER, 2ND FLOOR | HOUSTON | TX | 77056 | 214-731-3117 | bkilmer@kcw-lawfirm.com |
| JACINTO MEDICAL GROUP P.A. | C/O KILMER CROSBY & WALKER PLLC | ATTN: BRIAN A. KILMER | 5100 WESTHEIMER, 2ND FLOOR | HOUSTON | TX | 77056 | 214-731-3117 | bkilmer@kcw-lawfirm.com |
| JACINTO SURGERY MANAGEMENT LLC | C/O ARNOLD & PORTER LLP | ATTN: CHRISTOPHER M. ODELL | BANK OF AMERICA CENTER | HOUSTON | TX | 77002 | 716-576-2489 | christopher.odell@aporter.com |
| JACINTO SURGERY MANAGEMENT LLC | BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 | | AUSTIN | TX | 78711-2546 | | |
| JOHN STERN, ASST. ATTORNEY GENERAL | 6363 WOODWAY, SUITE 1100 | | | HOUSTON | TX | 77057 | 713-651-0716 | kkoel@jonesgill.com |
| JONES GILL LLP | C/O SHERRI K. SIMPSON, PARALEGAL | 712 MAIN ST., SUITE 1500 | | HOUSTON | TX | 77002 | 713-513-0577 | |
| JOYCE, MCFARLAND + MCFARLAND | ATTN: KEVIN M. KOEL | C/O AMMAD WAHEED, ESQ. | 701 POYDRAS ST., SUITE 5000 | NEW ORLEANS | LA | 70139 | 713-238-4644 | awaheed@mayerbrown.com |
| KBS SOR 6565-6575 WEST LOOP SOUTH, LLC | ATTN: MAYER BROWN LLP | 700 LOUISIANA ST., SUITE 3400 | | HOUSTON | TX | 77002 | 504-556-4120 | firm@jtaklaw.com |
| LISKOW & LEWIS, APLC | ATTN: LEGAL DEPT. | 1001 FANNIN ST., SUITE 1800 | | HOUSTON | TX | 77002 | 713-651-2952 | mdrobdrobstein@liskow.com |
| LISKOW & LEWIS, APLC | ATTN: MICHAEL D. ROBERTSON | | | | | | | |
| LISKOW & LEWIS, APLC | | | | | | | | |
| MANAGEMENT AFFILIATES OF NORTHEAST HOUSTON, LLC | ATTN: CRAIG E. POWER, MISTY A. SEGURA, & ABBIE G. SPRAGUE | FOUR HOUSTON CENTER | 1221 LAMAR ST., 16TH FLOOR | HOUSTON | TX | 77010 | 713-335-5533 | cpower@cdylaw.com |
| MED ONE CAPITAL FUNDING | COKINOS, BOSIEN & YOUNG | ATTN: DAVID H. LEIGH AND MICHAEL R. JOHNSON | 36 SOUTH STATE STREET, 14TH FLOOR | SALT LAKE CITY | UT | 84111 | 801-532-7543 | dleigh@cyn.com |
| MEDHOST OF TENNESSEE, INC., AND MEDHOST DIRECT, INC. | C/O BRADLEY ARANT BOULT CUMMINGS LLP | 1819 FIFTH AVE NORTH | | BIRMINGHAM | AL | 35203 | 205-458-5645 | mjohnson@cyn.com |
| MEDHOST OF TENNESSEE, INC. AND MEDHOST DIRECT, INC. | C/O JONES DAY | ATTN: JAY R. BENDER, ESQ. | 717 TEXAS, SUITE 3300 | HOUSTON | TX | 77002-2712 | 832-239-3600 | jrbender@babc.com |
| MESCH, CLARK & ROTHSCHILD, P.C. | ATTN: SUSAN N. GOODMAN | 259 N. MEYER AVENUE | | TUCSON | AZ | 85701-1090 | 520-798-1037 | sgoodman@mcrazlaw.com |
| MIDCAP FINANCIAL SERVICES, LLC | C/O QUARLES & BRADY LLP | ATTN: JOHN A. HARRIS & ROBERT P. HARRIS | ONE RENAISSANCE SQUARE | PHOENIX | AZ | 85004 | 602-229-5690 | john.harris@quarles.com |
| MIDCAP FINANCIAL TRUST | C/O QUARLES & BRADY LLP | ATTN: JOHN A. HARRIS & ROBERT P. HARRIS | TWO N. CENTRAL AVE. | PHOENIX | AZ | 85004 | 602-229-5690 | robert.harris@quarles.com |
| MIDCAP FINANCIAL TRUST | C/O VORYS, SATER, SEYMOUR AND PEASE, LLP | ATTN: JOHN J. SPRACACINO & THOMAS H. GRACE | 700 LOUISIANA ST., SUITE 4100 | HOUSTON | TX | 77002 | 713-588-7000 | jjsparacino@vorys.com |

| Name | Attn / C/O | Address | City | State | Zip | Phone | Email |
|---|---|---|---|---|---|---|---|
| MIDCAP FUNDING IV TRUST | C/O VORYS, SATER, SEYMOUR AND PEASE, LLP / ATTN: LEGAL DEPT. | 700 LOUISIANA ST., SUITE 4100 | HOUSTON | TX | 77002 | | |
| MOSS, KRUSICK & ASSOCIATES,LLP | ATTN: JOHN A. HARRIS & ROBERT P. HARRIS / ATTN: JOHN J. SPARACINO & THOMAS H. GRACE | 50 S. NEW YORK AVE., SUITE 100 | WINTER PARK | FL | 32789 | | |
| NEC KINGWOOD EMERGENCY CENTER, LP | ATTN: THOMAS GRUENERT | 11200 BROADWAY ST., OFFICE WEST - SUITE 2344 | PEARLAND | TX | 77584 | 281-997-2741 | tgruenert@albsengruenert.com |
| NEC KINGWOOD EMERGENCY CENTER, LLC DBA NEIGHBORS EMERGENCY CENTER | C/O GIBSON GRUENERT, PLLC | ONE RENAISSANCE SQUARE / 11200 BROADWAY ST., OFFICE WEST - SUITE 2344 | PEARLAND | TX | 77584 | | |
| NEVADA DEPT. OF TAXATION | C/O GRUENERT LAW GROUP, P.C. / 1550 COLLEGE PKWY., SUITE 115 | TWO N. CENTRAL AVE. | PHOENIX | AZ | 85004 | 602-229-5680 | john.harris@quarles.com |
| NORTHWEST ANESTHESIA & PAIN | ATTN: LEGAL DEPT. | 7010 CHAMPIONS PLAZA DR., SUITE 400 | CARSON CITY | NV | 89706 | 713-588-7000 | robert.harris@quarles.com |
| OFFICE OF THE ATTORNEY GENERAL | ATTN: HAL MORRIS / 300 W. 15TH ST. | | HOUSTON | TX | 77069 | 713-588-7074 | jjsparacino@voays.com |
| OFFICE OF THE ATTORNEY GENERAL | MAIN JUSTICE BUILDING, ROOM 5111 / 10TH & CONSTITUTION AVE., N.W. | | AUSTIN | TX | 78701 | 407-644-6022 | thgrace@voays.com |
| OFFICE OF THE UNITED STATES ATTORNEY | 1100 COMMERCE ST., 3RD FLOOR | | WASHINGTON | DC | 20530 | | mross@mosskrusnick.com |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK ST., SUITE 3516 | 11200 BROADWAY, SUITE 2344 | DALLAS | TX | 75242-1699 | 214-772-7111 | |
| OMNI SURGICAL SPINE | ATTN: LEGAL DEPT. | | HOUSTON | TX | 77002 | 713-718-4570 | Hal.Morris@texasattorneygeneral.gov |
| PARADISE MARKETING & CONSULTING LLC | C/O KILMER CROSBY & WALKER PLLC / ATTN: BRIAN A. KILMER | 5000 PLAZA ON THE LAKE, SUITE 305 | AUSTIN | TX | 78746 | 830-640-6045 | |
| PHILIPS HEALTHCARE | ATTN: LEGAL DEPT. / PO BOX 100355 | | HOUSTON | TX | 77056 | 713-622-1937 | vickie.driver@lewisbrisbois.com |
| PHILIPS HEALTHCARE, A DIVISION OF PHILIPS ELECTRONICS NORTH AMERICA CORPORATION | ATTN: RIDDELL WILLIAMS P.S. | 5100 WESTHEIMER, 2ND FLOOR | ATLANTA | GA | 30384-0355 | 214-731-3117 | damon@cmllp.com |
| PLAINSCAPITAL BANK | C/O BRUCE J. BORRUS | 1001 FOURTH AVE., SUITE 4500 | SEATTLE | WA | 98154-1192 | 206-389-1708 | bklimer@kcw-lawfirm.com |
| PLAINSCAPITAL BANK | C/O GARDERE WYNNE SEWELL LLP / ATTN: MARCUS HELT & STEVEN LOCKHART | 1601 ELM STREET, SUITE 3000 | DALLAS | TX | 75201 | 214-999-4667 | bborrus@riddellwilliams.com |
| PORTER HEDGES, LLP | ATTN: MARCUS HELT & EVAN BAKER | THANKSGIVING TOWER, SUITE 3000 / 1601 ELM ST. | DALLAS | TX | 75201 | 214-999-4667 | slockhart@gardere.com / mhelt@gardere.com |
| QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. | ATTN: JOHN F. HIGGINS, AARON J. POWER & JOSHUA W. WOLFSHOHL | 1000 MAIN ST., 36TH FLOOR | HOUSTON | TX | 77002 | 713-226-1331 | ebaker@gardere.com |
| REDI-STAFF LLC | C/O CRAIG P. BRONSTEIN / ATTN: LANAX & HANNA, P.C. | 2305 LAKEWAY DR | ORANGE | CA | 92868 | 714-703-1610 | jhiggin@porterhedges.com |
| REED MIGRAINE CENTERS OF TEXAS, PLCC, DR. KENNETH L. REED, MD, & NEURO STIM TECHNOLOGIES, LLC | ATTN: LEGAL DEPT. | 5958 WESTHEIMER, SUITE 400 | HOUSTON | TX | 77057 | 713-334-2528 | apower@porterhedges.com / jwolfshohl@porterhedges.com / cpbronstein@lanax-hanna.com |
| REILLY MEDICAL SYSTEMS LLC | ATTN: VICKIE L. DRIVER | 2100 ROSS AVENUE, SUITE 2000 | DALLAS | TX | 75201 | | |
| REILLY MEDICAL SYSTEMS, LLC | C/O MASHAYEKH & CHARGOIS, P.C. / ATTN: DAMON J. CHARGOIS | ONE RIVERWAY, SUITE 1700 | FRIENDSWOOD | TX | 77546 | | |
| RELIANT ENERGY | ATTN: LEGAL DEPT. / 1201 FANNIN ST. | | HOUSTON | TX | 77056 | | |
| RICHARD HILL | 2303 WINDSOR RD. | | HOUSTON | TX | 77002 | | |
| RUSTY HARDIN & ASSOCIATES, LLP | ATTN: LEGAL DEPT. | 801 CHERRY ST., SUITE 1900, UNIT 18 / SUITE 900 | AUSTIN | TX | 78703 | 713-652-8800 | dfw@sec.gov |
| SECRETARY OF STATE, SECURITIES DIVISION | ATTN: DIANE FOLEY, SECURITIES ADMINISTRATOR | 811 MAIN STREET, SUITE 1700 | HOUSTON | TX | 77002 | 702-486-2452 | chase@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: DAVID WOODCOCK, REGIONAL DIRECTOR / SONIA CHAE | 555 E. WASHINGTON AVE., SUITE 5200 / BURNETT PLAZA | LAS VEGAS | NV | 89101 | 713-469-3899 | fhiveo@reedsmith.com |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: FRANCISCO RIVERO | 175 WEST JACKSON BLVD | FORT WORTH | TX | 76102 | 800-374-2505 | mshiro@celinagriewalck.com |
| SIEMENS MEDICAL SOLUTIONS USA, INC. | C/O REED SMITH LLP / ATTN: LAUREN S. ZABEL | 1717 ARCH STREET, SUITE 3100 | CHICAGO | IL | 60604 | | label@reedsmith.com |
| SIEMENS MEDICAL SOLUTIONS USA, INC. | C/O REED SMITH LLP / ATTN: CLAUDIA Z. SPRINGER | 1717 ARCH STREET, SUITE 3100 | HOUSTON | TX | 77002-6110 | | czsprison@reedhisth.com |
| SIEMENS MEDICAL SOLUTIONS USA, INC. | C/O REED SMITH LLP / 51 VALLEY STREAM PKWY | 6363 POPLAR AVE., SUITE 312 | PHILADELPHIA | PA | 19103 | 215-851-1420 | |
| SIEMENS MEDICAL SOLUTIONS USA, INC. | ATTN: LEGAL DEPT. | 149 THOMPSON AVE. E, SUITE 214 | PHILADELPHIA | PA | 19103 | 215-851-1420 | |
| SOLANA SURGICAL LLC | ATTN: MARY H. ROSE / PO BOX 660938 | | MALVERN | PA | 19355 | 610-448-2554 | |
| SOLANA SURGICAL/WRIGHT MEDICAL TECHNOLOGY | C/O COMMERCIAL COLLECTION BUREAU | | MEMPHIS | TN | 38119 | 855-540-1681 | info@solanasurgical.com |
| SOLIC CAPITAL ADVISORS, LLC | ATTN: NEIL LURIA & MATTHEW E. RUBIN | 1603 ORRINGTON AVE., SUITE 1600 | WEST ST. PAUL | MN | 55118-3238 | | lluria@soliccapital.com |
| SPECIALTYCARE CARDIOVASCULAR RESOURCES, INC. | C/O SINGER & LEVICK, PC / ATTN: MICHELLE E. SHRIRO, ESQ. | 16200 ADDISON ROAD, SUITE 140 | EVANSTON | IL | 60201 | 512-236-9904 | mrubin@soliccapital.com |
| ST. JUDE MEDICAL S.C, INC | ATTN: LEGAL DEPT. / 22400 NETWORK PLACE | | ADDISON | TX | 75001 | 972-380-5533 | mshiro@singerlevick.com |
| STATE COMPTROLLER OF PUBLIC ACCOUNTS | REVENUE ACCOUNTING DIVISION - BANKRUPTCY SECTION / PO BOX 13528 | | CHICAGO | IL | 60673-1224 | 800-374-2505 | |
| STATE SECURITIES BOARD | ATTN: JOHN MORGAN, SECURITIES COMMISSIONER | 208 E. 10TH ST., 5TH FLOOR | AUSTIN | TX | 78711-3528 | | |
| SUCCESS HEALTHCARE, LLC | ATTN: LEGAL DEPT. | | AUSTIN | TX | 78701 | 512-305-8310 | |
| SUMMER ENERGY, LLC | | | LOS ANGELES | CA | 90017 | 213-896-0400 | mross@buchalter.com |
| SYSINFORMATION HEALTHCARE SERVICES, LLC DBA EQUALIZERCM SERVICES | ATTN: G. JAMES LANDON | 811 BARTON SPRINGS RD., SUITE 811 | DALLAS | TX | 75068 | | |
| SYSINFORMATION, INC. DBA EQUALIZERCM SERVICES | C/O STEUGSAND, LANDON & OZBURN, LLP / C/O DUBOIS, BRYANT & CAMPBELL, LLP / C/O SETH H. MEISEL | 303 COLORADO ST., SUITE 2300 | AUSTIN | TX | 78704 | 512-236-9904 | landon@dslclp.com |
| TENNESSEE DEPT. OF REVENUE | C/O TENNESSEE ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | | AUSTIN | TX | 78701 | 512-457-8008 | smeisel@dsbcllp.com |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: JASON A. STARKS, ASST. ATTORNEY GENERAL / BANKRUPTCY & COLLECTIONS DIVISION MC 008 | PO BOX 20207 | NASHVILLE | TN | 37202-0207 | | |
| TEXAS DEPT. OF STATE HEALTH SERVICES | 100 W. 49TH ST. | | AUSTIN | TX | 78711-2548 | 512-936-1409 | Jason.Starks@texasattorneygeneral.gov |
| TEXAS DEPT. OF STATE HEALTH SERVICES | ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL | 4900 N. LAMAR BLVD. | AUSTIN | TX | 78714-9347 | | |
| TEXAS HEALTH & HUMAN SERVICES COMMISSION | C/O TEXAS ATTORNEY GENERAL'S OFFICE / BROWN-HEATLY BUILDING | | AUSTIN | TX | 78756-3199 | 512-936-1409 | casey.roy@texasattorneygeneral.gov |
| TEXAS HEALTH & HUMAN SERVICES COMMISSION | ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | |
| TEXAS HEALTH & HUMAN SERVICES COMMISSION | ATTN: BOXER PROPERTY MANAGEMENT CORPORATION / C/O DEVLIN, NAYLOR & TURBYFILL, PLLC | BANKRUPTCY & COLLECTIONS DIVISION / 720 N. POST OAK RD., SUITE 500 | AUSTIN | TX | 78751-2316 | 512-936-1409 | casey.roy@texasattorneygeneral.gov |
| THE ARENA GROUP, L.P. | C/O TRACY FINK / ATTN: DONALD L. TURBYFILL | PO BOX 12548 MC 008 | HOUSTON | TX | 77024 | 713-780-9700 | casey.roy@texasattorneygeneral.gov |
| TRUSTMARK NATIONAL BANK | 1000 LOUISIANA ST., #2300 | 4801 WOODWAY, SUITE 420 WEST | HOUSTON | TX | 77056-1805 | 713-586-7053 | tracy.fink@boxerproperty.com |
| U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF TEXAS | ATTN: JOSE VELA JR., ASST. US ATTORNEY / C/O J. SETH MOORE | PO BOX 12548 MC 008 | WASHINGTON | DC | 20549 | | dturbyfill@dntlaw.com |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ATTN: ELIZABETH M. GUFFY & W. STEVEN BRYANT | 1000 LOUISIANA ST., SUITE 2300 / 13355 NOEL RD., SUITE 1900 | HOUSTON | TX | 77002 | 713-718-3303 | jose.vela@usdoj.gov |
| UNITED STATES DEPT. OF TREASURY INTERNAL REVENUE SERVICE | ATTN: ANDERSON TOBIN, PLLC | US ATTORNEY'S OFFICE / ONE GALLERIA TOWER | WASHINGTON | DC | 20549 | 972-789-1606 | smoore@andersontobin.com |
| UNIVERSAL MEDIA GROUP LLC | LOCKE LORD LLP / 7808 CHERRY CREEK SOUTH DRIVE, SUITE 112 | 600 TRAVIS STREET, SUITE 2800 | DALLAS | TX | 75240 | 713-226-2347 | eguffy@lockelord.com / sbryant@lockelord.com |
| UNSECURED CREDITORS COMMITTEE | CENTERS FOR MEDICARE & MEDICAID SERVICES | 1000 LOUISIANA ST., SUITE 2300 | HOUSTON | TX | 77002 | 713-226-2347 | VGHS110@upshotservices.com |
| UPSHOT SERVICES LLC | C/O HALEY & OLSEN, P.C. / ATTN: JOSE VELA JR., ASST. US ATTORNEY / ATTN: BLAKE RASNER | US ATTORNEY'S OFFICE / 510 NORTH VALLEY MILLS DRIVE, SUITE 600 | DENVER | CO | 80231 | 737-718-3303 | jose.vela@usdoj.gov |
| US DEPT. OF HEALTH & HUMAN SERVICES CENTERS FOR MEDICARE & MEDICAID SERVICES | ATTN: LEGAL DEPT. | 4009 RICHMOND AVE. | HOUSTON | TX | 77002 | 737-718-3303 | brasner@haleyolsen.com |
| VFC PARTNERS | ATTN: LEGAL DEPT. | 555 PAPER MILL ROAD | WACO | TX | 76710 | 713-795-0300 | |
| VITAL NEWEIGH CONTROL, INC. | C/O MICHAEL FRIEDMAN / 1100 JPMORGAN CHASE TOWER | 1270 AVENUE OF THE AMERICAS, 30TH FLOOR | HOUSTON | TX | 77027 | 212-697-7210 | friedman@chtapman.com |
| W. L. GORE & ASSOCIATES | ATTN: CHAPMAN AND CUTLER LLP / ATTN: JOSEPH G. EPSTEIN | 600 TRAVIS ST. | NEWARK | DE | 19711 | 713-650-2400 | jcpstein@winstead.com |
| WHITE OAK ASSET FINANCE, LLC | 500 WINSTEAD BLDG. | 2728 N. HARWOOD ST. | NEW YORK | NY | 10020 | 713-650-2400 | jcpstein@winstead.com |
| WINSTEAD PC | ATTN: LEGAL DEPT. | | HOUSTON | TX | 77002 | 214-745-5390 | ksullivan@winstead.com |
| WINSTEAD PC | ATTN: FRANK ALVAREZ, KIMBERLY A. WILSON & BRENT W. MARTINELLI | | DALLAS | TX | 75201 | | frank.alvarez@gpwblaw.com / kimberly.wilson@gpwblaw.com |
| X-SPINE SYSTEMS, INC. | C/O QUINTAIROS, PRIET, WOOD & BOYER, P.A. | 1700 PACIFIC AVE, SUITE 4545 | DALLAS | TX | 75201 | 214-754-8744 | brent.martinelli@gpwblaw.com |