IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 4:15-31086 |
| | § | |
| UNIVERSITY GENERAL HEALTH | § | CHAPTER 11 |
| SYSTEM, INC., et al. | § | |
| | § | JOINTLY ADMINISTERED |
| DEBTORS[1] | § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM REGISTER AMENDED NO. 111

COMES NOW CREDITOR COMMUNITY PATHOLOGY P.L.L.C. (Baylor Pathology Consultants) ("Community Pathology") and files this Notice of Withdrawal of the Proof of Claim filed at Claims Register **Amended No. 111** on the basis that the proof of claim was not intended to amend the previously filed Claim No. 111 and was intended to be filed as a new proof of claim.

COMMUNITY PATHOLOGY refiled this Proof of Claim at Claims Register No. 145 (filed December 30, 2015). The Proof of Claim at Claims Register No. 145 is correct. The original Proof of Claim at Claims Register No. 111 (filed on July 2, 2015) is also correct.

Respectfully submitted,

**FERNELIUS ALVAREZ SIMON PLLC**

By /s/  Kara Stauffer Philbin

Graig J. Alvarez
Attorney-in-Charge
State Bar No. 24001647
Federal I.D. No. 22596

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: University General Health System, Inc. (2436), UGHS Autimis Billing, Inc. (3352), UGHS Autimis Coding, Inc. (3425), UGHS ER Services, Inc. (6646), UGHS Hospitals, Inc. (3583), UGHS Management Services, Inc. (4100), UGHS Support Services, Inc. (3511), University General Hospital, LP (7964), and University Hospital Systems, LLP (3778).

180429v1

1221 McKinney, Suite 3200
Houston, Texas 77010-3095
Email: galvarez@fa-lawfirm.com

Kara Stauffer Philbin
State Bar No. 24056373
Federal I.D. No. 685342
Email: kphilbin@fa-lawfirm.com
Telephone: 713-654-1200
Telecopier: 713-654-4039

ATTORNEYS FOR
Baylor College of Medicine,
Baylor Pathology Consultants, and
Community Pathology, P.L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this 30th day of December, 2015 via the Court's CM/ECF system.

/s/ *Kara Stauffer Philbin*
Kara Stauffer Philbin

180429v1