

ENTERED
01/11/2016

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE : | § | |
| | § | Chapter 11 |
| UNIVERSITY GENERAL HEALTH | § | |
| SYSTEM, INC., <u>et al.</u>, | § | Case No. 15-31086 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

## ORDER GRANTING FIRST AND FINAL APPLICATION OF INVESTMENT BANKER HAMMOND HANLON CAMP, LLC FOR ALLOWANCE OF COMPENSATION
[Relates to Doc. No. ___]

The Court, having considered the Investment Banker Hammond Hanlon Camp LLC's ("H2C") First and Final Application for Allowance of Compensation (the "Application"), has determined that that the Application meets the requirements set forth under Section 328 of the Bankruptcy Code, Bankr. R. 2016, and Bankr. Loc. R. 2016. The Court has further considered its prior Order approving H2C's Compensation Structure [Doc. No. 278].[2]

Accordingly, it is **ORDERED THAT**:

1. H2C is awarded compensation of professional fees and costs for the period from 2/27/2015 to 12/31/2105 as follows:

| Expense | Amount |
|---|---|
| March 2015 to December 2015 Monthly Advisory Fees | $500,000.00 |
| DIP Financing Fee in the amount of 3% of the amount of the DIP | $480,000.00 |
| Transaction Fee for the Sale of UGHS in the amount of 3% of the Aggregate Consideration | $990,000.00 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: University General Health System, Inc. (7964), UGHS Autimis Billing, Inc. (3352), UGHS Autimis Coding, Inc. (3425), UGHS ER Services, Inc. (6646), UGHS Hospitals, Inc. (3583), UGHS Management Services, Inc. (4100), UGHS Support Services, Inc. (3511), University General Hospital, LP (7964), and University Hospital Systems, LLP (3778).

[2] Terms used but not otherwise defined herein shall have the definition provided in the Application.

5215271v2

| | |
|---|---:|
| Post-Petition Expenses through 11/30 | $142,936.46 |
| Estimated Expenses through 12/31 | $5,000.00 |
| TOTAL | $2,117,936.46 |

2.  All prior payments to H2C are approved.  The Debtors are authorized to pay the remaining unpaid compensation awarded herein as an administrative expense.

DATED:  January 11, 2016

_____
UNITED STATES BANKRUPTCY JUDGE

5215271v2