## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 4:15-31086 |
| | § | |
| UNIVERSITY GENERAL HEALTH | § | CHAPTER 11 |
| SYSTEM, INC., et al. | § | |
| | § | JOINTLY ADMINISTERED |
| DEBTORS[1] | § | |

---

### SECOND APPLICATION FOR PAYMENT OF POST-PETITION
### ADMINISTRATIVE EXPENSE OWED TO COMMUNITY PATHOLOGY P.L.L.C.

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

**THIS MOTION HAS BEEN SET FOR HEARING ON MARCH 21, 2016 AT 1:00PM.**

**TO THE HONORABLE LETITIA Z. PAUL,
UNITED STATES BANKRUPTCY JUDGE:**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: University General Health System, Inc. (2436), UGHS Autimis Billing, Inc. (3352), UGHS Autimis Coding, Inc. (3425), UGHS ER Services, Inc. (6646), UGHS Hospitals, Inc. (3583), UGHS Management Services, Inc. (4100), UGHS Support Services, Inc. (3511), University General Hospital, LP (7964), and University Hospital Systems, LLP (3778).

Community Pathology, P.L.L.C. (Community Pathology) hereby requests an Order granting allowance and payment of an administrative expense claim for outstanding fees invoiced for pathology services provided by Community Pathology to the Debtors, University General Health System, Inc., UGHS Autimis Billing, Inc., UGHS Autimis Coding, Inc., UGHS ER Services, Inc., UGHS Hospitals, Inc., UGHS Management Services, Inc., UGHS Support Services, Inc., University General Hospital, LP, and University Hospital Systems, LLP (collectively, the "Debtors").  This is its second administrative expense claim.[2]

This claim is made pursuant to 11 U.S.C. §503(b)(1)(A), and in support thereof, Community Pathology respectfully states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This proceeding is a core proceeding pursuant to 28 U.S.C. §157. Venue is proper in this Court pursuant to 28 U.S.C. §§1408 and 1409.

2.      The statutory predicate for the relief requested is section 503(b)(1)(A) of Title 11 of the United States Code (the "Bankruptcy Code").

## BACKGROUND

3.      On February 27, 2015 (the "Petition Date"), Debtors filed a petition for relief pursuant to Chapter 11 of the Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court").  Among the other Debtors in this jointly administered case is University General Hospital, L.P. (UGH LP).  UGH LP entered several agreements with Community Pathology as part of normal business operations, two of which are the subject of this Application and more fully described below.

---

[2] *See* Dkt. # 762 (first claim)

4.      Histology Agreement: Prior to the Petition Date, Community Pathology and UGH LP entered the Histology Processing and Transcription Agreement ("Histology Agreement"), with an effective date of September 1, 2006.[3]    The purpose of the Histology Agreement was to provide for quality pathology services at Debtors' main hospital campus at 7501 Fannin Street, Houston, Texas at a reasonable cost to its patients, to promote efficient hospital operations, and to meet legal obligations related to the stabilization and treatment of patients. Under the Histology Agreement, Community Pathology provided, and continues to provide, specialist physician services and full-service clinical and administrative services to Debtors and their patients at the hospital. Specifically, Community Pathology provides clinical and histology transcription services for the benefit of Debtors' patients at the hospital.[4] Community Pathology bills these patients (or payors under managed care contracts) directly for the services provided, except in cases of Medicare, Medicaid and other government-funded inpatient participants.  For that group (Medicare, Medicaid, etc.), Community Pathology bills UGH LP on a monthly basis, who in turn submits billing on behalf of the patient to the applicable government entity for payment.  The Histology Agreement was extended on two occasions, with a current expiration date of January 31, 2017.

5.      UGH LP has not paid Community Pathology for the services provided by Community Pathology on behalf of the Medicare, Medicaid, and Tricare patients under the Histology Agreement for the post-Petition months October, November, and December 2015.  Invoices for the time period of October 2015-December 2015 have been presented to UGH LP, for a total

---

[3] The Histology Agreement and its Addendums were filed as Exhibit 1 to Dkt. 762 and are collectively referred to as the Histology Agreement.
[4] Histology is the science concerned with the minute structure of tissues and organs in relation to their function.  Histology typically involves examination of a thin slice of tissue under a light microscope.

amount of $19,916.07 due and owing.[5]  A summary of the administrative claims and the redacted invoices are attached here as **Exhibit 1**.[6]

6.      PSA: Community Pathology and UGH, LP also entered a Professional Services Agreement ("PSA"), effective on August 1, 2011.[7] Under the PSA, Community Pathology was retained to provide pathology services at Debtor's main hospital campus at 7501 Fannin Street, Houston, Texas for a term of five (5) years. The PSA further provides for a Medical Director of Services, provided by Community Pathology, who is to provide oversight and administration of the clinical pathology services performed.  While the PSA generally provides for UGH LP and Community Pathology to independently bill patients and each collect the charges due to them, with respect to services provided on behalf of Medicare/Medicaid patients, the parties agreed to a Medical Director Fee ("Fee") of $2,500 per month to be paid by UGH LP to Community Pathology.  This Fee specifically covers the oversight and administration of the clinical pathology services performed by the hospital laboratory on behalf of the Medicare/Medicaid patients. The Fee is to be paid monthly and is due within thirty (30) days of the prior month's admissions.

7.      UGH LP has failed to pay for the Medical Director services provided by Community Pathology in December 2015.  A Post-Petition invoice for December 2015 was presented to UGH LP, for a total amount of $2,500.  *See* **Exhibit 2**.

8.      Debtors agreed that UGH LP was in default of its post-Petition obligations under the PSA and General Histology Agreements. UGH LP has not disputed the accuracy of the invoices due, of $19,916.07 and $2,500.00, for a total of $22,416.07.

---

[5] This Court signed an Order on January 11, 2016 allowing for $68,981.55 as an administrative expense.
[6] Redactions were made for Protected Health Information (PHI).
[7] The PSA was filed under seal as Exhibit 3 to Dkt. # 762.

9.      Community Pathology requests that UGH LP satisfy these administrative expense claims within five (5) business days of an order being entered granting this application.

## RELIEF REQUESTED AND ANALYSIS

10.     As a result of the PSA and Histology Agreement and Community Pathology's continued provision of pathology services post-Petition according to these agreements, Debtors continued to provide clinical pathology services to patients at its main hospital campus during the pendency of the Chapter 11 proceeding in this Court.  In other words, the hospital operated without any interruption in the pathology services that would have otherwise been furnished to its patients or medical staff by virtue of its agreements with Community Pathology.

11.     By this Application, Community Pathology and UGH LP request the entry of an Order approving the parties agreement to pay Community Pathology's administrative expense claim pursuant to section 503(b)(1) of the Bankruptcy Code for the services it provided under the PSA and General Histology agreements (the "Administrative Expense").

12.     Section 503(b)(1)(A) of the Bankruptcy Code provides, in pertinent part:

> After notice and a hearing, there shall be allowed, administrative expenses, other than claims allowed under section 502(f) of this title, including—
>
> (1) (A) the actual, necessary costs and expenses of preserving the estate including—
>
> (i)     wages, salaries, and commissions for services rendered after the commencement of the case; and

* * *

14.     To qualify as an "actual and necessary cost" under § 503(b)(1)(A) of the Bankruptcy Code, a claim against the estate "must have arisen post-petition and as a result of actions taken by the trustee that benefitted the estate." *In re Home Interiors & Gifts, Inc.*, No. 08-31961-11-BJH, 2008 WL 4772102, at *4 (Bankr. N.D. Tex. Oct. 9, 2008). "A prima facie case [entitling

5

the creditor to payment] under § 503(b)(1) may be established by evidence that (1) the claim arises from a transaction with the debtor-in-possession; and (2) the goods or services supplied enhanced the ability of the debtor-in-possession's business to function as a going concern." *Toma Steel Supply, Inc. v. TransAmerican Natural Gas Corp. (In re TransAmerican Natural Gas Corp.)*, 978 F.2d 1409, 1416 (5th Cir. 1992). It is undisputed that the administrative expenses sought here arise from post-petition transactions between Community Pathology and Debtors. A claimant's performance of a pre-petition contract and the debtor's acceptance of that performance establishes a post-petition transaction. *See, e.g., In re Goody's Family Clothing, Inc.,* 401 B.R. 656, 671 (D. Del. 2009) (citing *In re White Motor Corp.,* 831 F.2d 106, 110 (6th Cir. 1987)). As indicated above, Community Pathology's services enhanced the Debtors' ability to function as a going concern by ensuring the continued provision of clinical pathology services for patients cared for at its main hospital campus.

15.    Community Pathology's post-petition Services under the PSA and General Histology Agreements constitute "actual and necessary costs" of the estate and, therefore, are entitled to priority before other, unsecured nonpriority claims. *See* § 507(a)(1); *Total Minatome Corp. v. Jack/Wade Drilling, Inc.* (*In re Jack/Wade Drilling, Inc.*), 258 F.3d 385, 387 (5th Cir. 2001).

**WHEREFORE,** Community Pathology, P.L.L.C. requests entry of an Order: (i) allowing it an Administrative Expense Claim in the total amount of $22,416.07 pursuant to section 503(b)(1) of the Bankruptcy Code; (ii) directing the Debtors to pay Community Pathology, P.L.L.C.'s Administrative Expense Claim within five (5) days of the Court's order granting this application, and prior to any distribution or payment by the Debtors to holders of claims that are junior in priority to the Administrative Expense pursuant to section 507 of the Bankruptcy Code; and (iii) such other and further relief as is just and equitable.

6

**DATED:** February 24, 2016

Respectfully submitted,

**FERNELIUS ALVAREZ SIMON PLLC**

By /s/  *Graig J. Alvarez*

Graig J. Alvarez
Attorney-in-Charge
State Bar No. 24001647
Federal I.D. No. 22596
1221 McKinney, Suite 3200
Houston, Texas 77010-3095
Email:  galvarez@fa-lawfirm.com
Kara Stauffer Philbin
State Bar No. 24056373
Federal I.D. No. 685342
Email:  kphilbin@fa-lawfirm.com
Telephone: 713-654-1200
Telecopier: 713-654-4039

ATTORNEYS FOR
Baylor College of Medicine,
Baylor Pathology Consultants, and
Community Pathology, P.L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that all attorneys of record who have consented to electronic service are being served this 24th day of February 2016, with a true and correct copy of this document via the Court's CM/ECF system, and that this motion was otherwise served by ECF, email, or first-class United State mail (without exhibits by email or mail, which will be mailed or emailed upon request).

/s/  *Kara Stauffer Philbin*
Kara Stauffer Philbin

7

181198

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE |
|---|---|---|---|---|---|---|
| 1997 HILL TRUST | ATTN: LEGAL DEPT. | 2303 WINDSOR RD. | | | AUSTIN | TX |
| ACCORD HEALTHCARE | ATTN: LEGAL DEPT. | 1009 SLATER RD., SUITE 210-B | | | DURHAM | NC |
| ADMIRAL LINEN & UNIFORM SERVICE | ATTN: LEGAL DEPT. | 2030 KIPLING | | | HOUSTON | TX |
| ASSESSMENTS, INC. | ATTN: LEGAL DEPT. | D100 | | | PASADENA | TX |
| ASSESSMENTS, INC. D/B/A C. FOSTER & ASSOC, S.W. FOSTER | C/O LAW OFFICE OF PETER JOHNSON | ATTN: PETER JOHNSON | ELEVEN GREENWAY PLAZA, SUITE 2820 | | HOUSTON | TX |
| TREATMENT CETNER, LLC | G.P. | ATTN: WILLIAM T. JONES, JR. | SUITE 1600 | | HOUSTON | TX |
| AFCO PREMIUM CREDIT LLC | ATTN: LEGAL DEPT. | 12160 ABRAMS ROAD | SUITE 301-L.B. 51 | | DALLAS | TX |
| OSHER CAPITAL ADVISERS LLC | C/O HAYNES AND BOONE, LLP | ATTN: PATRICK L. HUGHES | SUITE 2100 | | HOUSTON | TX |
| CORPORATION | ATTN: TOBY C. EASLEY | SUITE 990 | | | HOUSTON | TX |
| NORTH TEXAS, P.A. | LLP | RAYMOND J. URBANIK | AVE., SUITE 1250 | | DALLAS | TX |
| ARJOHUNTLEIGH GETINGE GROUP | ATTN: LEGAL DEPT. | NEPTUNIGATAN 1 | | | MALMO | |
| BALOR PATHOLOGY CONSULTANTS AND COMMUNITY PATHOLOGY, PLLC | C/O FERNELIUS ALVAREZ PLLC | ATTN: GRAIG J. ALVAREZ AND KARA STAUFFER PHILBIN | 1221 MCKINNEY ST, SUITE 3200 | | HOUSTON | TX |
| CONSULTANTS | ATTN: LEGAL DEPT. | 1 BAYLOR PLAZA, SUITE 286A | | | HOUSTON | TX |
| BEATTY BANGLE STRAMA PC | ATTN: SHANNON W. BANGLE | 1450 | | | AUSTIN | TX |
| BECKMAN COULTER INC. | C/O BERNSTEIN-BURKLEY, P.C. | ESQ. | 707 GRANT ST. | TOWER, | PITTSBURGH | PA |
| TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL | C/O CONLEY ROSENBERG MENDEZ & BRENNEISE LLP | ATTN: JAY M. ROSENBERG | 5080 SPECTRUM DR., SUITE 850 E | | ADDISON | TX |
| BRANDON LEE INVESTMENTS, INC. | ATTN: JASON A. POWERS | 5914 RIVERCHASE TRAIL | | | KINGWOOD | TX |
| COUNTY DRAINAGE DISTRICT #4, SPECIAL ROAD BRIDGE DISTRICT | FIELDER, COLLINS & MOTT, L.L.P. | C/O MICHAEL J. DARLOW | 1235 NORTH LOOP WEST, SUITE 600 | | HOUSTON | TX |
| COUNTY DRAINAGE DISTRICT #4, SPECIAL ROAD BRIDGE DISTRICT | FIELDER, COLLINS & MOTT, L.L.P. | C/O OWEN M. SONIK | 1235 NORTH LOOP WEST, SUITE 600 | | HOUSTON | TX |
| C. FOSTER & ASSOCIATES | ATTN: LEGAL DEPT. | D100 | | | PASADENA | TX |
| DISTRICT | BRAGG & ALLEN, PC | ATTN: LEE GORDON | PO BOX 1269 | | ROUND ROCK | TX |
| CAMBRIDGE INTERNATIONAL, LLC | C/O ANDREWS KURTH LLP | ATTN: MARK C. HODGES | SUITE 4200 | | HOUSTON | TX |
| CAMBRIDGE PROPERTIES | C/O ANDREWS KURTH LLP | ATTN: TIMOTHY A. DAVIDSON II & JOSEPH P. ROVIRA | 600 TRAVIS ST., SUITE 4200 | | HOUSTON | TX |
| CAMBRIDGE PROPERTIES | ATTN: ANDREWS KURTH LLP | DAVIDSON II & JOSEPH P. ROVIRA | 600 TRAVIS ST., SUITE 4200 | | HOUSTON | TX |
| CAMBRIDGE PROPERTIES | ATTN: TREY MILLER | 7505 FANNIN ST., SUITE 304 | | | HOUSTON | TX |
| CAYENNE MEDICAL, INC. | C/O FISHMAN JACKSON PLLC | ATTN: PAUL B. GEILICH, ESQ | GALLERIA TOWER | ROAD | DALLAS | TX |
| THE WOMAN'S HOSPITAL OF TEXAS | FINKELSTEIN, ALVARADO, & ATTORNEY | ATTN: JOHN C. DUNNE | STREET, SUITE 1100 | | HOUSTON | TX |
| CITY OF DALLAS | | ATTN: MARK BAGGETT | 1500 MARILLA 7CN | | DALLAS | TX |
| COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS | ATTN: PAMELA DUNLOP GATES & CLAUDIA K. FREY | PLAZA OF THE AMERICAS | 700 NORTH PEARL STREET, STE 450 | | DALLAS | TX |
| COUSINS GREENWAY NINE, LLC | C/O WRIGHT & CLOSE, LLP | ATTN: RANDALL C. OWENS | SUITE 2200 | | HOUSTON | TX |
| COUSINS GREENWAY NINE, LLC | ATTN: LEGAL DEPT. | PO BOX 204516 | | | DALLAS | TX |

| | | | | | |
|---|---|---|---|---|---|
| CPM MEDICAL CONSULTANTS, LLC | ATTN: LEGAL DEPT. | 1565 N. CENTRAL EXPWY, #200 | | RICHARDSON | TX |
| CREDIT VALUE PARTNERS, LP | ATTN: WALLER LANSDEN DORTCH & DAVIS, LLP | C/O JOHN C. TISHLER & TYLER N. LAYNE | 511 UNION ST., SUITE 2700 | NASHVILLE | TN |
| CROWE HORWATH LLP | ATTN: GRUBER HURST ELROD JOHANSEN HAIL SHANK LLP | C/O DAVID W. ELROD & WORTHY WALKER | 1445 ROSS AVE., SUITE 2500 | DALLAS | TX |
| CYBERONICS, INC. | ATTN: LEGAL DEPT. | THE CYBERONICS BLDG. | BLVD. | HOUSTON | TX |
| DELOITTE FINANCIAL ADVISORY SERVICES LLP | ATTN: ROHID AHMED & AMIT SINGH | JPMORGAN CHASE TOWER | 2200 ROSS AVE., SUITE 1600 | DALLAS | TX |
| DR. FELIX SPIEGEL | 5217 PINES ST. | | | BELLAIRE | TX |
| DR. KENNETH REED | TEXAS, PLLC | EXPRESSWAY, SUITE 510 | | DALLAS | TX |
| D/B/A ELITECARE EMERGENCY | BEARMAN, CALDWELL & | ATTN: SUSAN C. MATHEWS | STREET, SUITE 3700 | HOUSTON | TX |
| D/B/A ELITECARE EMERGENCY CENTER | C/O JOHNSON TRENT WEST & TAYLOR, LLP | ATTN: LORI HOOD &TAMARA MADDEN | 919 MILAM ST., SUITE 1700 | HOUSTON | TX |
| FERNBANK TRUST | ATTN: LEGAL DEPT. | PO BOX 243 | | BELLAIRE | TX |
| CORPORATION | ATTN: LEGAL DEPT. | PO BOX 8216 | | WACO | TX |
| G&E HC REIT II ENNIS MOB, LLC | ATTN: HUSCH BLACKWELL LLP | C/O KELL C. MERCER | AVE., SUITE 1400 | AUSTIN | TX |
| G&E HC REIT II ENNIS MOB, LLC | LLP | ATTN: HEATHER H. JOBE, ESQ. | AVE., SUITE 1400 | DALLAS | TX |
| GHNC, P.A. | CANNON, P.C. | C/O SIMON W. HENDERSHOT, III | SUITE 600 | HOUSTON | TX |
| GLASIR MEDICAL, LP | ATTN: CURL STAHL GEIS, P.C. | C/O PAUL T. CURL & BRITTANY M. WEIL | 700 N. ST. MARY'S ST., SUITE 1800 | SAN ANTONIO | TX |
| INDEPENDENT SCHOOL DISTRICT AND LEE COLLEGE DISTRICT | ATTN: REID, STRICKLAND & GILLETTE, L.L.P. | C/O STEPHEN H. DONCARLOS & BRANDON E. BENOIT | PO BOX 809 | BAYTOWN | TX |
| GRACO MECHINICAL, INC | C/O LAMM & SMITH, P.C. | ATTN: SCOTT T. CITEK | SUITE 650 | HOUSTON | TX |
| GREG LEWIS | G.P. | ATTN: WILLIAM T. JONES, JR. | SUITE 1600 | HOUSTON | TX |
| HARRIS COUNTY | BLAIR & SAMPSON, LLP | PO BOX 3064 | | HOUSTON | TX |
| LLC | C/O HESTON CIMENT, PLLC | ATTN: DANIEL J. CIMENT | SUITE 240 | KATY | TX |
| HMS DIRECT | ATTN: LEGAL DEPT. | SUITE 100 | | FRANKLIN | TN |
| LTD. | ATTN: DR. MOIEN R. BUTT | 2607 FAIRWAY DR | | SUGARLAND | TX |
| HUMANA HEALTH PLAN OF TEXAS | ATTN: LEGAL DEPT. | PO BOX 560 | | STREAM | IL |
| HUMANA HEALTH PLAN OF TEXAS, INC. | C/O GOULSTON & STORRS PC | ATTN: GREGORY O. KADEN & TIMOTHY J. CARTER | 400 ATLANTIC AVE | BOSTON | MA |
| INTERNAL REVENUE SERVICE | PO BOX 21126 | | | PHILADELPHIA | PA |
| INTERNAL REVENUE SERVICE | INSOLVENCY | PO BOX 7346 | | PHILADELPHIA | PA |
| IRONSMITH HOLDINGS | ATTN: LEGAL DEPT. | 215 TERRACE DR. | | HOUSTON | TX |
| IRONSMITH HOLDINGS, LTD. | PULASKI & ZUBER, PC | ATTN: JEFF CARRUTH | PLAZA, SUITE 1400 | HOUSTON | TX |
| JACINTO MEDICAL GROUP P.A. | WALKER PLLC | ATTN: BRIAN A. KILMER | 2ND FLOOR | HOUSTON | TX |
| LLC | WALKER PLLC | ATTN: BRIAN A. KILMER | 2ND FLOOR | HOUSTON | TX |
| LLC | C/O ARNOLD & PORTER LLP | ATTN: CHRISTOPHER M. ODELL | CENTER | LOUISIANA, | HOUSTON | TX |
| GENERAL | PARALEGAL | DIVISION | PO BOX 12548 | AUSTIN | TX |
| JONES GILL LLP | ATTN: KEVIN M. KOEL | 6363 WOODWAY, SUITE 1100 | | HOUSTON | TX |

| | | | | | | |
|---|---|---|---|---|---|---|
| JOYCE, MCFARLAND + MCFARLAND | ATTN: LEGAL DEPT. | 712 MAIN ST., SUITE 1500 | | | HOUSTON | TX |
| SOUTH, LLC | ATTN: MAYER BROWN LLP | C/O AMMAD WAHEED, ESQ. | SUITE 3400 | | HOUSTON | TX |
| LISKOW & LEWIS, APLC | ATTN: LEGAL DEPT. | 701 POYDRAS ST., SUITE 5000 | | | ORLEANS | LA |
| LISKOW & LEWIS, APLC | ATTN: MICHAEL D. ROBERTSON | 1001 FANNIN ST., SUITE 1800 | | | HOUSTON | TX |
| MANAGEMENT AFFILIATES OF NORTHEAST HOUSTON, LLC | | ATTN: CRAIG E. POWER, MISTY A. SEGURA & ABBIE G. SPRAGUE | FOUR HOUSTON CENTER | 1221 LAMAR ST, 16TH FLOOR | HOUSTON | TX |
| MED ONE CAPITAL FUNDING | COKINOS, BOSIEN & YOUNG ATTN: DAVID H. LEIGH AND MICHAEL R. JOHNSON | 36 SOUTH STATE STREET, 14TH FLOOR | | | SALT LAKE CITY | UT |
| MEDHOST OF TENNESSEE, INC. | CUMMINGS LLP | ATTN: JAY R. BENDER, ESQ. | NORTH | | BIRMINGHAM | AL |
| MEDHOST DIRECT, INC. | C/O JONES DAY | ATTN: PAUL M. GREEN | 3300 | | HOUSTON | TX |
| MESCH, CLARK & ROTHSCHILD, P.C. | ATTN: SUSAN N. GOODMAN | 259 N. MEYER AVENUE | | | TUCSON | AZ |
| MIDCAP FINANCIAL SERVICES, LLC | C/O QUARLES & BRADY LLP | ATTN: JOHN A. HARRIS & ROBERT P. HARRIS | ONE RENAISSANCE SQUARE | CENTRAL AVE. | PHOENIX | AZ |
| MIDCAP FINANCIAL TRUST | C/O QUARLES & BRADY LLP | ATTN: JOHN A. HARRIS & ROBERT P. HARRIS | ONE RENAISSANCE SQUARE | CENTRAL AVE. | PHOENIX | AZ |
| MIDCAP FINANCIAL TRUST | C/O VORYS, SATER, SEYMOUR AND PEASE, LLP | ATTN: JOHN J. SPARACINO & THOMAS H. GRACE | 700 LOUISIANA ST., SUITE 4100 | | HOUSTON | TX |
| MIDCAP FUNDING IV TRUST | C/O QUARLES & BRADY LLP | ATTN: JOHN A. HARRIS & ROBERT P. HARRIS | ONE RENAISSANCE SQUARE | CENTRAL AVE. | PHOENIX | AZ |
| MIDCAP FUNDING IV TRUST | C/O VORYS, SATER, SEYMOUR AND PEASE, LLP | ATTN: JOHN J. SPARACINO & THOMAS H. GRACE | 700 LOUISIANA ST., SUITE 4100 | | HOUSTON | TX |
| MOSS, KRUSICK & ASSOCIATES,LLP | ATTN: LEGAL DEPT. | 100 | | | WINTER PARK | FL |
| CENTER, LP | C/O GIBSON GRUENERT, PLLC | ATTN: THOMAS GRUENERT | ST., OFFICE WEST - | | PEARLAND | TX |
| CENTER, LP, SUCCESSOR-BY-MERGER TO KINGWOOD | C/O GRUENERT LAW GROUP, P.C. | ATTN: THOMAS G. GRUENERT | 11200 BROADWAY, SUITE 2344 | | PEARLAND | TX |
| NEVADA DEPT. OF TAXATION | 115 | | | | CARSON CITY | NV |
| NORTHWEST ANESTHESIA & PAIN | ATTN: LEGAL DEPT. | SUITE 400 | | | HOUSTON | TX |
| GENERAL | ATTN: HAL MORRIS | 300 W. 15TH ST. | | | AUSTIN | TX |
| GENERAL | 5111 | N.W. | | | WASHINGTON | DC |
| ATTORNEY | FLOOR | | | | DALLAS | TX |
| TRUSTEE | 515 RUSK ST., SUITE 3516 | | | | HOUSTON | TX |
| OMNI SURGICAL SPINE | ATTN: LEGAL DEPT. | 305 | | | AUSTIN | TX |
| CONSULTING LLC | WALKER PLLC | ATTN: BRIAN A. KILMER | 2ND FLOOR | | HOUSTON | TX |
| PHILIPS HEALTHCARE | ATTN: LEGAL DEPT. | PO BOX 100355 | | | ATLANTA | GA |
| OF PHILIPS ELECTRONICS NORTH | ATTN: RIDDELL WILLIAMS P.S. | C/O BRUCE J. BORRUS | SUITE 4500 | | SEATTLE | WA |
| PLAINSCAPITAL BANK | C/O GARDERE WYNNE SEWELL LLP | ATTN: MARCUS HELT & STEVEN LOCKHART | THANKSGIVING TOWER, SUITE 3000 | 1601 ELM ST. | DALLAS | TX |
| PLAINSCAPITAL BANK | C/O GARDERE WYNNE SEWELL LLP | ATTN: MARCUS HELT & EVAN BAKER | 1601 ELM STREET, SUITE 3000 | | DALLAS | TX |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PORTER HEDGES, LLP | ATTN: JOHN F. HIGGINS, AARON J. POWER & JOSHUA W. WOLFSHOHL | 1000 MAIN ST., 36TH FLOOR | | | | HOUSTON | TX |
| LABORATORIES, INC. | ATTN: LANAK & HANNA, P.C. | C/O CRAIG P. BRONSTEIN | SOUTH, SUITE 190 | | | ORANGE | CA |
| REDI-STAFF LLC | ATTN: LEGAL DEPT. | 5858 WESTHEIMER, SUITE 400 | | | | HOUSTON | TX |
| TEXAS, PLCC, DR. KENNETH L. REED, MD, & NEURO STIM | LEWIS BRISBOIS BISGAARD & SMITH, LLP | ATTN: VICKIE L. DRIVER | 2100 ROSS AVENUE, SUITE 2000 | | | DALLAS | TX |
| REILLY MEDICAL SYSTEMS LLC | ATTN: LEGAL DEPT. | 2305 LAKEWAY DR | | | | D | TX |
| REILLY MEDICAL SYSTEMS, LLC | P.C. | ATTN: DAMON J. CHARGOIS | SUITE 1700 | | | HOUSTON | TX |
| RELIANT ENERGY | ATTN: LEGAL DEPT. | 1201 FANNIN ST. | | | | HOUSTON | TX |
| RICHARD HILL | 2303 WINDSOR RD. | | | | | AUSTIN | TX |
| RUSTY HARDIN & ASSOCIATES, LLP | ATTN: LEGAL DEPT. | 1401 MCKINNEY STREET | | | | HOUSTON | TX |
| DIVISION | SECURITIES ADMINISTRATOR | 5200 | | | | LAS VEGAS | NV |
| COMMISSION | REGIONAL DIRECTOR | BURNETT PLAZA | SUITE 1900, UNIT 18 | | | FORT WORTH | TX |
| COMMISSION | SONIA CHAE | 175 WEST JACKSON BLVD | SUITE 900 | | | CHICAGO | IL |
| INC. | C/O REED SMITH LLP | ATTN: FRANCISCO RIVERO | SUITE 1700 | | | HOUSTON | TX |
| INC. | C/O REED SMITH LLP | ATTN: LAUREN S. ZABEL | SUITE 3100 | | | PHILADELPHIA | PA |
| INC. | C/O REED SMITH LLP | ATTN: CLAUDIA Z. SPRINGER | SUITE 3100 | | | PHILADELPHIA | PA |
| INC. | ATTN: LEGAL DEPT. | 51 VALLEY STREAM PKWY. | | | | MALVERN | PA |
| SOLANA SURGICAL LLC | ATTN: LEGAL DEPT. | 6363 POPLAR AVE., SUITE 312 | | | | MEMPHIS | TN |
| MEDICAL TECHNOLOGY | BUREAU | 214 | | | | PAUL | MN |
| SOLIC CAPITAL ADVISORS, LLC | ATTN: NEIL LURIA & MATTHEW E. RUBIN | 1603 ORRINGTON AVE., SUITE 1600 | | | | EVANSTON | IL |
| RESOURCES, INC. | C/O SINGER & LEVICK, PC | ATTN: MICHELLE E. SHIRO, ESQ. | ROAD, SUITE 140 | | | ADDISON | TX |
| ST. JUDE MEDICAL S.C. INC | ATTN: LEGAL DEPT. | 22400 NETWORK PLACE | | | | CHICAGO | IL |
| ACCOUNTS | DIVISION - BANKRUPTCY | PO BOX 13528 | | | | AUSTIN | TX |
| STATE SECURITIES BOARD | SECURITIES COMMISSIONER | 208 E. 10TH ST., 5TH FLOOR | PO BOX 13167 | | | AUSTIN | TX |
| SUCCESS HEALTHCARE, LLC | C/O BUCHALTER NEMER, P.C. | ATTN: MARY H. ROSE | BLVD, SUITE 1500 | | | LOS ANGELES | CA |
| SUMMER ENERGY, LLC | ATTN: LEGAL DEPT. | PO BOX 660938 | | | | DALLAS | TX |
| SERVICES, LLC D/B/A EQUALIZERCM | OZBURN, LLP | ATTN: G. JAMES LANDON | SPRINGS RD., SUITE | | | AUSTIN | TX |
| EQUALIZERCM SERVICES | CAMPBELL, LLP | C/O SETH E. MEISEL | COLORADO TOWER | COLORADO | | AUSTIN | TX |
| TENNESSEE DEPT. OF REVENUE | GENERAL'S OFFICE, | PO BOX 20207 | | | | NASHVILLE | TN |
| ACCOUNTS | ATTORNEY GENERAL | DIVISION MC 008 | PO BOX 12548 | | | AUSTIN | TX |
| SERVICES | PO BOX 149347 | | | | | AUSTIN | TX |
| SERVICES | 1100 W. 49TH ST. | | | | | AUSTIN | TX |
| SERVICES | GENERAL'S OFFICE | ATTORNEY GENERAL | COLLECTIONS | 12548- MC | | AUSTIN | TX |
| COMMISSION | BROWN-HEATLY BUILDING | 4900 N. LAMAR BLVD. | | | | AUSTIN | TX |
| COMMISSION | GENERAL'S OFFICE | ATTORNEY GENERAL | COLLECTIONS | 12548- MC | | AUSTIN | TX |
| THE ARENA GROUP, L.P. | MANAGEMENT CORPORATION | C/O TRACY FINK | RD., SUITE 500 | | | HOUSTON | TX |

| | | | | | |
|---|---|---|---|---|---|
| TRUSTMARK NATIONAL BANK | TURBYFILL, PLLC | ATTN: DONALD L. TURBYFILL | SUITE 420 WEST | HOUSTON | TX |
| U.S. ATTORNEY'S OFFICE | TEXAS | 1000 LOUISIANA ST., #2300 | | HOUSTON | TX |
| COMMISSION | 100 F STREET, NE | | | WASHINGTON | DC |
| TREASURY | INTERNAL REVENUE SERVICE | ATTORNEY | OFFICE | LOUISIANA | HOUSTON | TX |
| UNIVERSAL MEDIA GROUP LLC | ATTN: ANDERSON TOBIN, PLLC | C/O J. SETH MOORE | TOWER | RD., SUITE | DALLAS | TX |
| UNSECURED CREDITORS COMMITTEE | LOCKE LORD LLP | ATTN: ELIZABETH M. GUFFY & W. STEVEN BRYANT | 600 TRAVIS STREET, SUITE 2800 | HOUSTON | TX |
| UPSHOT SERVICES LLC | DRIVE, SUITE 112 | | | DENVER | CO |
| SERVICES | MEDICAID SERVICES | ATTORNEY | OFFICE | LOUISIANA | HOUSTON | TX |
| VFC PARTNERS | C/O HALEY & OLSEN, P.C. | ATTN: BLAKE RASNER | MILLS DRIVE, SUITE | WACO | TX |
| VITAL NEWEIGH CONTROL, INC. | ATTN: LEGAL DEPT. | 4009 RICHMOND AVE. | | HOUSTON | TX |
| W. L. GORE & ASSOCIATES | ATTN: LEGAL DEPT. | 555 PAPER MILL ROAD | | NEWARK | DE |
| WHITE OAK ASSET FINANCE, LLC | LLP | C/O MICHAEL FRIEDMAN | THE AMERICAS, | NEW YORK | NY |
| WINSTEAD PC | ATTN: JOSEPH G. EPSTEIN | 1100 JPMORGAN CHASE TOWER | 600 TRAVIS ST. | HOUSTON | TX |
| WINSTEAD PC | ATTN: LEGAL DEPT. | 500 WINSTEAD BLDG. | ST. | DALLAS | TX |
| X-SPINE SYSTEMS, INC. | C/O QUINTAIROS, PRIET, WOOD & BOYER, P.A. | ATTN: FRANK ALVAREZ, KIMBERLY A. WILSON & BRENT W. MARTINELLI | 1700 PACIFIC AVE, SUITE 4545 | DALLAS | TX |

| ZIP | COUNTRY | FAX | EMAIL ADDRESS |
|---|---|---|---|
| 78703 | | | |
| 27703 | | 919-941-7881 | |
| 77098 | | 713-759-1318 | |
| 77505 | | | |
| | | | |
| 77046 | | 713-961-0941 | pjohnson@pjlaw.com |
| 77002 | | 713-759-1217 | bjones@traillawfirm.com |
| 75243 | | | |
| 77020 | | 713-547-2600 | patrick.hughes@haynesboone.com |
| 77040 | | 713-588-2665 | toby@xexam.net |
| 75201 | | 214-258-4199 | thaskins@btlaw.com; rurbanik@btlaw.com |
| SE-211 20 | SWEDEN | 46 413 646 56 | information@arjohuntleigh.com |
| | | | kphilbin@fa-lawfirm.com |
| 77010 | | 713-654-4039 | galvarez@fa-lawfirm.com |
| 77030 | | 713-473-6778 | |
| 78701 | | 512-879-5040 | sbangle@bbsfirm.com |
| 15219 | | 412-456-8135 | dschimizzi@bernsteinlaw.com |
| | | | |
| 75001 | | 972-713-6480 | jmr@crb-law.com |
| 77345 | | 832-415-0593 | jason@jasonapowers.com |
| | | | |
| 77008 | | 713-862-1429 | houbank@pbfcm.com |
| | | | |
| 77008 | | 713-862-1429 | houbank@pbfcm.com |
| 77505 | | 713-943-1178 | |
| 78680 | | 512-323-3205 | |
| 77002 | | 713-220-4285 | mhodges@andrewskurth.com |
| | | | taddavidson@andrewskurth.com |
| 77002 | | 713-238-7102 | josephrovira@andrewskurth.com |
| | | | taddavidson@andrewskurth.com |
| 77002 | | 713-238-7102 | josephrovira@andrewskurth.com |
| 77054 | | 713-790-0618 | tmiller@camproperties.net |
| 75240 | | 972-419-5501 | pgeilich@fishmanjackson.com |
| 77002 | | 713-752-0337 | jdunne@smfadlaw.com |
| 75201 | | 214-670-0622 | mark.baggett@dallascityhall.com |
| | | | pamela.dunlopgates@cna.com |
| 75201 | | 214-220-5902 | claudia.frey@cna.com |
| 77056 | | 713-572-4320 | owens@wrightclose.com |
| 4515 | | | |

| | | |
|---|---|---|
| 75080 | | |
| | | john.tishler@wallerlaw.com |
| 37219 | 615-244-6804 | tyler.layne@wallerlaw.com |
| | | delrod@elrodtrial.com |
| 75202 | 214-855-6808 | wwalker@elrodtrial.com |
| 77058 | 281-218-9332 | |
| 75201- | | roahmed@deloitte.com |
| 6778 | 866-998-0933 | amitsingh1@deloitte.com |
| 77401 | | |
| 75243 | | |
| 77010 | 713-650-9701 | smathews@bakerdonelson.com |
| | | lhood@johnsontrent.com |
| 77054 | 713-222-2226 | tmadden@johnsontrent.com |
| 77402 | | |
| 8216 | | |
| 78701 | 512-226-7324 | kell.mercer@huschblackwell.com |
| 75204 | 214-740-1499 | hjobe@bellnunnally.com |
| 77057 | 713-783-2809 | trey@k-hyp.com |
| | | ptcurl@csg-law.com |
| 78208 | | bmweil@csg-law.com |
| 77522- | | sdoncarlos@rsg-llp.com |
| 0809 | | bbenoit@rsg-llp.com |
| 77098 | 713-651-1044 | scitek@lammsmith.com |
| 77002 | 713-759-1217 | bjones@traillawfirm.com |
| 3064 | 713-844-3503 | houston_bankruptcy@publicans.com |
| 77450 | 713-583-9296 | |
| 37067 | | |
| 77478 | | |
| 0560 | 713-783-9320 | |
| | | gkaden@goulstonstorrs.com |
| 02110-333 | 617-574-4112 | tcarter@goulstonstorrs.com |
| 0326 | | |
| 7346 | | |
| 77007 | | |
| 77046 | 713-961-5341 | jcarruth@wkpz.com |
| 77056 | 214-731-3117 | bkilmer@kcw-lawfirm.com |
| 77056 | 214-731-3117 | bkilmer@kcw-lawfirm.com |
| 77002 | 716-576-2499 | christopher.odell@aporter.com |
| 2546 | | |
| 77057 | 713-651-0716 | kkoel@jonesgill.com |

| | | |
|---|---|---|
| 77002 | 713-513-5577 | |
| 2730 | 713-238-4644 | awaheed@mayerbrown.com |
| 70139 | 504-556-4120 | firm@liskow.com |
| 77002 | 713-651-2952 | mdrubenstein@liskow.com |
| | | cpower@cbylaw.com |
| | | asprague@cbylaw.com |
| 77010 | 713-535-5533 | msegura@cbylaw.com |
| | | dleigh@rqn.com |
| 84111 | 801-532-7543 | mjohnson@rqn.com |
| 35203 | 205-488-6645 | jbender@babc.com |
| 2712 | 832-239-3600 | pmgreen@jonesday.com |
| 85701- | | ecfbk@mcrazlaw.com |
| 1090 | 520-798-1037 | sgoodman@mcrazlaw.com |
| | | john.harris@quarles.com |
| 85004 | 602-229-5690 | robert.harris@quarles.com |
| | | john.harris@quarles.com |
| 85004 | 602-229-5690 | robert.harris@quarles.com |
| | 713-588-7080 | jjsparacino@vorys.com |
| 77002 | 713-588-7074 | thgrace@vorys.com |
| | | john.harris@quarles.com |
| 85004 | 602-229-5690 | robert.harris@quarles.com |
| | 713-588-7080 | jjsparacino@vorys.com |
| 77002 | 713-588-7074 | thgrace@vorys.com |
| 32789 | 407-644-6022 | moss@mosskrusnick.com |
| 77584 | 281-997-2741 | tgruenert@gibsongruenert.com |
| | | |
| 77584 | | tgruenert@gruenertlawgroup.com |
| 89706 | | |
| 77069 | | |
| 78701 | 512-475-2994 | Hal.Morris@texasattorneygeneral.gov |
| 20530 | | |
| 1699 | | |
| 77002 | 713-718-4670 | |
| 78746 | 800-640-6045 | |
| 77056 | 214-731-3117 | bkilmer@kcw-lawfirm.com |
| 0355 | | |
| 1192 | 206-389-1708 | bborrus@riddellwilliams.com |
| | | slockhart@gardere.com |
| 75201 | 214-999-4667 | mhelt@gardere.com |
| | | mhelt@gardere.com |
| 75201 | 214-999-4667 | ebaker@gardere.com |

|       |               |                                        |
|-------|---------------|----------------------------------------|
|       |               | jhiggins@porterhedges.com              |
|       |               | apower@porterhedges.com                |
| 77002 | 713-228-1331  | jwolfshohl@porterhedges.com            |
| 92868 | 714-703-1610  | cpbronstein@lanak-hanna.com            |
| 77057 | 713-334-2528  |                                        |
|       |               |                                        |
| 75201 | 214-772-7111  | vickie.driver@lewisbrisbois.com        |
| 77546 |               |                                        |
| 77056 | 713-622-1937  | damon@cmhllp.com                       |
| 77002 |               |                                        |
| 78703 |               |                                        |
| 77010 | 713-652-9800  |                                        |
| 89101 | 702-486-2452  |                                        |
| 76102 |               | dfw@sec.gov                            |
| 60604 | 312-353-7398  | chaes@sec.gov                          |
| 6110  | 713-469-3899  | frivero@reedsmith.com                  |
| 19103 | 215-851-1420  | lzabel@reedsmith.com                   |
| 19103 | 215-851-1420  | cspringer@reedmisth.com                |
| 19355 | 610-448-2554  |                                        |
| 38119 | 855-540-1861  | info@solanasurgical.com                |
| 3238  |               | jhunter@ccbureau.com                   |
|       |               | nluria@soliccapital.com                |
| 60201 |               | mrubin@soliccapital.com                |
| 75001 | 972-380-5533  | mshiro@singerlevick.com                |
| 1224  | 800-374-2505  |                                        |
| 3528  |               |                                        |
| 78701 | 512-305-8310  |                                        |
| 90017 | 213-896-0400  | mrose@buchalter.com                    |
| 75266 |               |                                        |
| 78704 | 512-236-9904  | landon@slollp.com                      |
| 78701 | 512-457-8008  | smeisel@dbcllp.com                     |
| 0207  |               |                                        |
| 2548  |               | Jason.Starks@texasattorneygeneral.gov  |
| 9347  |               |                                        |
| 3199  |               |                                        |
| 2548  | 512-936-1409  | casey.roy@texasattorneygeneral.gov     |
| 2316  |               |                                        |
| 2548  | 512-936-1409  | casey.roy@texasattorneygeneral.gov     |
| 77024 | 713-780-9708  | tracy.fink@boxerproperty.com           |

| | | |
|---|---|---|
| 1805 | 713-586-7053 | dturbyfill@dntlaw.com |
| 77002 | | |
| 20549 | | |
| 77002 | 713-718-3303 | jose.vela@usdoj.gov |
| 75240 | 972-789-1606 | smoore@andersontobin.com |
| | | eguffy@lockelord.com |
| 77702 | 713-226-2647 | sbryant@lockelord.com |
| 80231 | | UGHSInfo@upshotservices.com |
| 77002 | 713-718-3303 | jose.vela@usdoj.gov |
| 76710 | | brasner@haleyolson.com |
| 77027 | 713-795-0300 | |
| 19711 | | |
| 10020 | 212-697-7210 | friedman@chapman.com |
| 77002 | 713-650-2400 | jepstein@winstead.com |
| 75201 | 214-745-5390 | ksullivan@winstead.com |
| | | frank.alvarez@qpwblaw.com |
| | | kimberly.wilson@qpwblaw.com |
| 75201 | 214-754-8744 | brent.martinelli@qpwblaw.com |

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 4:15-31086 |
| | § | |
| UNIVERSITY GENERAL HEALTH | § | CHAPTER 11 |
| SYSTEM, INC., et al. | § | |
| | § | JOINTLY ADMINISTERED |
| DEBTORS[1] | § | |

PROPOSED ORDER ON SECOND APPLICATION FOR PAYMENT OF POST-
PETITION ADMINISTRATIVE EXPENSE OWED TO
COMMUNITY PATHOLOGY P.L.L.C.

**On this day,** the Court considered the *Second Application for Payment of Post-Petition Administrative Expense* (Dkt. ___) filed by Community Pathology, P.L.L.C. on February 24, 2016, and seeking payment on administrative expense owed to Community Pathology, P.L.L.C. ("Community Pathology") by University General Hospital, LP. This Court, having considered the Motion, any objections or opposition to the Motion, the evidence in support thereof, hereby ORDERS

1. The Motion is GRANTED as set forth herein;

2. Community Pathology shall be allowed its post-petition administrative claim consisting of $2,500.00 (December 2015) owed on the Medical Directorship agreement;

3. Community Pathology shall be allowed its post-petition administrative claim consisting of $19,916.07 (October-December 2015) on the Histology Processing agreement;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: University General Health System, Inc. (2436), UGHS Autimis Billing, Inc. (3352), UGHS Autimis Coding, Inc. (3425), UGHS ER Services, Inc. (6646), UGHS Hospitals, Inc. (3583), UGHS Management Services, Inc. (4100), UGHS Support Services, Inc. (3511), University General Hospital, LP (7964), and University Hospital Systems, LLP (3778).

4.  UGH LP shall pay Community Pathology the approved administrative claims herein by mailing payment in full to its counsel of record, within five (5) business days of the Court's order granting its Motion, and prior to any distribution or payment by the Debtors to holders of claims that are junior in priority to the Administrative Expense pursuant to section 507 of the Bankruptcy Code.

Dated: _____


_____
UNITED STATES BANKRUPTCY JUDGE

181200

**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 4:15-31086 |
| | § | |
| UNIVERSITY GENERAL HEALTH | § | CHAPTER 11 |
| SYSTEM, INC., et al. | § | |
| | § | JOINTLY ADMINISTERED |
| DEBTORS[1] | § | |

---

**NOTICE OF HEARING ON MOTION FOR PAYMENT OF POST-PETITION**
**ADMINISTRATIVE EXPENSE OWED TO COMMUNITY PATHOLOGY P.L.L.C.**

Please Take Notice that a hearing on the Motion for Payment of Post-Petition Administrative Expense Owed to Community Pathology, P.L.L.C. by University General Hospital, LP will be held on **March 21, 2016 at 1:00 p.m.** (Houston Time, CST) before the Honorable Letitia Z. Paul, United States Bankruptcy Judge, 515 Rusk Avenue, 4th Floor, Courtroom 401, Houston, Texas 77002.

**DATED:** February 24, 2016

Respectfully submitted,

**FERNELIUS ALVAREZ SIMON PLLC**

By /s/  Kara Stauffer Philbin

Graig J. Alvarez
Attorney-in-Charge
State Bar No. 24001647
Federal I.D. No. 22596
1221 McKinney, Suite 3200
Houston, Texas 77010-3095
Email:  galvarez@fa-lawfirm.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: University General Health System, Inc. (2436), UGHS Autimis Billing, Inc. (3352), UGHS Autimis Coding, Inc. (3425), UGHS ER Services, Inc. (6646), UGHS Hospitals, Inc. (3583), UGHS Management Services, Inc. (4100), UGHS Support Services, Inc. (3511), University General Hospital, LP (7964), and University Hospital Systems, LLP (3778).

Kara Stauffer Philbin
State Bar No. 24056373
Federal I.D. No. 685342
Email:  kphilbin@fa-lawfirm.com
Telephone: 713-654-1200
Telecopier: 713-654-4039

ATTORNEYS FOR
Baylor College of Medicine,
Baylor Pathology Consultants, and
Community Pathology, P.L.L.C.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that all attorneys of record who have consented to electronic service are being served this 24th day of February 2016, with a true and correct copy of this document via the Court's CM/ECF system, and that this notice of hearing was otherwise served by ECF or first-class United State mail on the attached service list.

      /s/  *Kara Stauffer Philbin*
            Kara Stauffer Philbin

2