**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| University General Health | § | CASE NO.  15-31086 |
| System, Inc., *et al.* | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | |

**CHAPTER 11 POST-CONFIRMATION REPORT**
**FOR THE QUARTER ENDING   SEPTEMBER 30, 2017**

1. [√] **AMENDED**
   Quarterly  or  [ ] Final (check one)

2. **SUMMARY OF DISBURSEMENTS*:**

   A. Disbursements made under the plan (itemize on page 3)       $ _____0.00_
   B. Disbursements not under the plan                            $ __350,367.43_
           **Total Disbursements**                               $ __350,367.43_

   **\*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

3. Has the order confirming plan become final?       [√] Yes  [ ] No

4. Are Plan payments being made as required under the Plan?       [√] Yes  [ ] No

5. If "No", what Plan payments have not been made and why?
   Please explain: _____
   _____
   _____

6. If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? February 4, 2016 _____ (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   _____
   _____
   _____

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**
    A.  If this is a final report, has an application for Final Decree been submitted*?
    [ ] Yes   Date application was submitted _____
    [ ] No   Date when application will be submitted _____
    *(if required by Local Rule)
    B.  Estimated Date of Final Payment Under Plan    Undetermined

| |
|---|
| INITIALS_____ |
| DATE_____ |
| UST USE ONLY |

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORECT TO THE BEST OF MY KNOWLEDGE.**

SIGNED: _____      DATE: _April 5, 2018_
Michael D. Warner, Esq., as Liquidating
Trustee In His Official Capacity

IN RE:  University General Health System, Inc.                    CASE NO.  __15-31086__

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| **CASH-BEGINNING OF QUARTER** | 2,160,720.12 | 0.00 |
| **RECEIPTS** | 956,936.15 | 5,811,339.24 |
| **DISBURSEMENTS** | | |
| **NET PAYROLL** | 0.00 | 0.00 |
| **PAYROLL TAXES PAID** | 0.00 | 0.00 |
| **SECURED/RENTAL/LEASES** | 0.00 | 0.00 |
| **UTILITIES** | 0.00 | 0.00 |
| **INSURANCE** | 0.00 | 394,892.84 |
| **INVENTORY PURCHASES** | 0.00 | 0.00 |
| **VEHICLE EXPENSES** | 0.00 | 0.00 |
| **TRAVEL & ENTERTAINMENT** | 0.00 | 0.00 |
| **REPAIRS, MAINTENANCE & SUPPLIES** | 0.00 | 0.00 |
| **ADMINISTRATIVE & SELLING** | 350,367.43 | 1,187,629.61 |
| **OTHER (attach list)** | 0.00 | 0.00 |
| **PLAN PAYMENTS (page 1 and page 3)** | 0.00 | 1,461,527.95 |
| **TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements)** | 350,367.43 | 3,044,050.40 |
| **NET CASH FLOW** | 606,568.72 | 2,767,288.84 |
| **CASH-END OF QUARTER** | 2,767,288.84 | 2,767,288.84 |

### CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
### QUARTER ENDING ___SEPTEMBER 30, 2017__

| | Month/Year JUL-2017 | Month/Year AUG-2017 | Month/Year SEP-2017 | Total |
|---|---|---|---|---|
| **Bank Balance** | 2,828,422.99 | 2,720,402.60 | 2,720,603.84 | 2,720,603.84 |
| **Deposit in Transit** | | | 51,685.00 | 51,685.00 |
| **Outstanding Checks** | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| **Adjusted Balance** | 2,823,422.99 | 2,715,402.60 | 2,767,288.84 | 2,767,288.84 |
| **Beginning Cash-Per Books** | 2,160,720.12 | 2,771,737.99 | 2,715,402.60 | 2,160,720.12 |
| **Receipts** | 630,177.87 | 274,872.04 | 51,886.24 | 956,936.15 |
| **Transfers Between Accounts** | | | | 0.00 |
| **Checks/Other Disbursements** | 19,160.00 | 331,207.43 | 0.00 | 350,367.43 |
| **Ending Cash-Per Books** | 2,771,737.99 | 2,715,402.60 | 2,767,288.84 | 2,767,288.84 |

### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year JUL-2017 | Month/Year AUG-2017 | Month/Year SEP-2017 | Total |
|---|---|---|---|---|
| **Beginning Cash** | 2,160,720.12 | 2,771,737.99 | 2,715,402.60 | |
| **Total Receipts** | 630,177.87 | 274,872.04 | 51,886.24 | 956,936.15 |
| **Total Disbursements** | 19,160.00 | 331,207.43 | 0.00 | 350,367.43 |
| **Ending Cash** | 2,771,737.99 | 2,715,402.60 | 2,767,288.84 | |

IN RE:

University General Health System, Inc.

§
§
§   CASE NO.   15-31086
§
DEBTOR.                                        §
§

### PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| HARRIS COUNTY TAX | TAX | | 0.00 | 985,705.84 |
| UPSHOT SOLUTIONS | ADM | | 0.00 | 37,710.97 |
| BLUE CROSS/BLUE SHIELD | ADM | | 0.00 | 438,111.14 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| TOTAL PLAN PAYMENTS: (report on page 1 and page 2) | | | 0.00 | 1,461,527.95 |