**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>UNIVERSITY GENERAL HEALTH<br>SYSTEM, INC., *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 15-31086 (DRJ)<br><br>Jointly Administered |

**CERTIFICATE OF NO OBJECTION TO LIQUIDATING TRUSTEE'S MOTION**
**FOR AN ORDER (I) (A) AUTHORIZING FINAL DISTRIBUTIONS TO**
**HOLDERS OF ALLOWED GENERAL UNSECURED CLAIMS AND**
**APPROVING FINAL ACCOUNTING AND (B) ENTERING FINAL DECREE**
**CLOSING CHAPTER 11 CASES AND APPROVING DISSOLUTION OF THE**
**LIQUIDATING TRUST; AND (II) GRANTING RELATED RELIEF**
(Related to Docket No. 1490)

Cole Schotz P.C. as counsel to Michael D. Warner, the Liquidating Trustee (the "Liquidating Trustee") for University General Health System, Inc., *et al.*, pursuant to the *Joint Chapter 11 Plan of Liquidation* [Docket No. 799-1], as confirmed pursuant to that certain *Order Confirming Joint Chapter 11 Plan of Liquidation* [Docket No. 799], and that certain Liquidating Trust Agreement, entered into on February 4, 2016, hereby certify as follows:

1. On December 21, 2020, the *Liquidating Trustee's Motion For An Order (I) (A) Authorizing Final Distributions To Holders Of Allowed General Unsecured Claims And Approving Final Accounting And (B) Entering Final Decree Closing Chapter 11 Cases And*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: University General Health System, Inc. (2436); UGHS Autimis Billing, Inc. (3352); UGHS Autimis Coding, Inc. (3425); UGHS ER Services, Inc. (6646); UGHS Hospitals, Inc. (3583); UGHS Management Services, Inc. (4100); UGHS Support Services, Inc. (3511); University General Hospital, LP (7964); and University Hospital Systems, LLP (3778).

54892/0002-22009450v1

*Approving Dissolution Of The Liquidating Trust; And (II) Granting Related Relief* (the "Motion") [Docket No. 1490] was filed with the Court.

2.      Responses, if any, to the Motion were required to have been filed with the Court and served by no later than January 11, 2021 (the "Objection Deadline").

3.      The Objection Deadline has passed and no objections to the Motion appear on the docket or were served upon the undersigned counsel.  Accordingly, the form of Proposed Order approving the Motion, which was submitted with the Motion, is submitted concurrently herewith.

Respectfully submitted,

Dated: January 12, 2021

By: /s/ Benjamin L. Wallen
     Benjamin L. Wallen, Esq.
     (TX Bar No. 24102623)
     **COLE SCHOTZ P.C.**
     301 Commerce Street, Suite 1700
     Fort Worth, Texas 76102
     Tel: (817) 810-5250
     Fax: (817) 810-5255
     Email: bwallen@coleschotz.com

     *Counsel for Michael D. Warner, Liquidating Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

/s/ Benjamin L. Wallen
Benjamin L. Wallen

54892/0002-22009450v1